<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Superior Environmental Corp.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-2858229 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **50 64th Avenue South, Suite C** **Coopersville, MI 49404** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ottawa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **superiorenvironmental.com** |

**6. Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Superior Environmental Corp.**                                    Case number (*if known*) _____
         Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        <u>5419</u>

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| Debtor | **Superior Environmental Corp.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____
**Where is the property?** _____
   Number, Street, City, State & ZIP Code
**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49  |  ☐ 1,000-5,000  |  ☐ 25,001-50,000
■ 50-99  |  ☐ 5001-10,000  |  ☐ 50,001-100,000
☐ 100-199  |  ☐ 10,001-25,000  |  ☐ More than100,000
☐ 200-999

**15. Estimated Assets**
☐ $0 - $50,000  |  ■ $1,000,001 - $10 million  |  ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000  |  ☐ $10,000,001 - $50 million  |  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  |  ☐ $50,000,001 - $100 million  |  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  |  ☐ $100,000,001 - $500 million  |  ☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000  |  ■ $1,000,001 - $10 million  |  ☐ $500,000,001 - $1 billion

Debtor    **Superior Environmental Corp.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Superior Environmental Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2022**
MM / DD / YYYY

**X** **/s/ Jeff Skendrovic**                                    **Jeff Skendrovic**
Signature of authorized representative of debtor          Printed name

Title   **Vice President and Chief Operating Officer**

---

**18. Signature of attorney**

**X** **/s/ Steven M. Bylenga**                    Date   **February 25, 2022**
Signature of attorney for debtor                                MM / DD / YYYY

**Steven M. Bylenga P73492**
Printed name

**CBH Attorneys & Counselors, PLLC.**
Firm name

**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone   **616-608-3061**          Email address   **nikki@chasebylenga.com**

**P73492 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Superior Environmental Corp.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2022**          X  **/s/ Jeff Skendrovic**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Jeff Skendrovic**
                                                                    Printed name

                                                                    **Vice President and Chief Operating Officer**
                                                                    Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Superior Environmental Corp.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brian Miller 3213 George Street Muskegon, MI 49444 | | Vested Stock payout | Disputed | | | $17,179.11 |
| C.A. Murphy Oil Co Attn. Kelly B. Murphy 1100 N. Clay Street Sturgis, MI 49091 | | Judgment for Breach of Contract action. Judgment was appealed. | Disputed | | | $584,000.00 |
| Carl Lurix 28 Knollwood Road Burlington, CT 06013 | | Vested Stock payout | Disputed | | | $18,396.70 |
| Connecticut Oil Recycling Ser P.O. Box 696 27 Mill St. Middletown, CT 06457 | | Services | | | | $11,913.42 |
| Corey Buckner 7517 Harmon Lane Jenison, MI 49428 | | Vested Stock payout | Disputed | | | $11,877.79 |
| Darlene Lancaster 13459 Burroughs NE Lowell, MI 49331 | | Vested Stock payout | Disputed | | | $9,090.24 |
| Duane Gomez 408 S. Staffron Street Ludington, MI 49431 | | Vested Stock payout | Disputed | | | $10,085.20 |
| Environmental Recycling Group PO Box 187 Bowling Green, OH 43402 | | Services | | | | $21,094.45 |
| Gregory Hilty 8459 Jacksontown Road Heath, OH 43056 | | Vested Stock payout | Disputed | | | $12,828.85 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Superior Environmental Corp.**                        Case number (if known) _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jeffrey Skendrovic 15897 Fern Avenue Spring Lake, MI 49456** | | **Vested Stock payout** | **Disputed** | | | **$18,243.54** |
| **Joseph Platzbecker 9377 Southdown Ct Roscoe, IL 61073** | | **Vested Stock payout** | **Disputed** | | | **$12,455.20** |
| **Lee Gosson 1598 Cooley Drive Hastings, MI 49058** | | **Vested Stock payout** | **Disputed** | | | **$10,980.33** |
| **Mark DeKruyter 6514 Bella Vista Dr NE Apt B Rockford, MI 49341** | | **Vested Stock payout** | **Disputed** | | | **$11,868.96** |
| **Mike Agostini 1406 Hanover Ave Apt 1 Meriden, CT 06451** | | **Vested Stock Payout** | **Disputed** | | | **$9,251.79** |
| **Nancy Mackiewicz 2113 Westview Drive Springfield, IL 62704** | | **Vested Stock payout** | **Disputed** | | | **$8,750.47** |
| **Polly Mikkelson 7578 Wilson Road Nunica, MI 49448** | | **Vested Stock Payout** | **Disputed** | | | **$15,211.94** |
| **Richard Verstrate 2760 Burgen Ave NE Grand Rapids, MI 49525** | | **Vested Stock payout** | **Disputed** | | | **$13,937.97** |
| **Tammy Brown 231 Scarlet Oak Drive Coopersville, MI 49404** | | **Vested Stock payout** | **Disputed** | | | **$11,286.14** |
| **US Small Business Admin. PO Box 3918 Portland, OR 97208-3918** | | **United Bank Account (5749) - Business Checking - Acct# 5749** | | **$150,000.00** | **$106,652.10** | **$43,347.90** |
| **Young's Enviromental Cleanup G-5305 North Dort Highway Flint, MI 48505** | | **Services** | | | | **$10,197.73** |

**Fill in this information to identify the case:**

Debtor name  **Superior Environmental Corp.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................ $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $ 1,286,770.27

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $ 1,286,770.27

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 309,075.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ 48,931.48

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ 938,492.91

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b

   $ 1,296,499.39

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Superior Environmental Corp.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$250.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **United Bank Account (5749)** | **Business Checking** | **5749** | **$106,652.10** |
| 3.2. | **United Bank Account (6915)** | **Business Checking** | **6915** | **$3,425.37** |
| 3.3. | **Employee Stock Ownership Plan Trust Account** **Commonwealth Financial Network** **Balance in account: $949.20 as of 12/31/21** | **ESOP** | **0470** | **$0.00** |
| 3.4. | **401(k) Employee Profit Sharing Plan Trust Account** **Balance of 401(k) participants as of 3/31/21: $3,978,046.49** | **401k** | **6716** | **$0.00** |
| 3.5. | **First National Bank Account (2730)** | **Business Checking** | **2730** | **$500.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Superior Environmental Corp.**_____   Case number *(If known)* _____
       Name

| 3.6. | **First National Bank Account (2698)** | **Business Checking** | **2698** | **$29,777.37** |

**4.**   **Other cash equivalents** *(Identify all)*

**5.**   **Total of Part 1.**                                                                           | **$140,604.84** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment
          **AUTOCAT LT - 3 yr SUBSCRIPTION = JUN 2021 - APR 2024:  $465.85**
          **ISNETWORLD ANNUAL CONTRACTOR SUBSCRIPTION = JUL 2021 - MAY 2022:**
          **$1,306.25**
          **FLEET TRACKING SERVICES 3 YR SUBSCRIPTION = JUL 2021 - MAY 2024: $3,972.06**
          **ANNUAL DELTEK = AUG 2021 - JUN 2022: $29,956.27**
          **TRAC ANNUAL RENEWAL = SEP 2021 - APR 2022:  $1,034.20**
          **CARBONITE ONLINE SERVER BACKUP = DEC 2021 - OCT 2022: $3,166.46**
          **Retainer for legal services paid to Rhoades McKee that is unbilled:  $20,000.00**
          **Retainer for accounting services paid to Brickley DeLong that is unbilled:  $1,265.00**
          **MPA 2022 ASSOCIATE DUES:  $675.00**
          **2022 TASC ANNUAL MEMBERSHIP FEE -  $200.00**
          **2022 ANNUAL MRA MEMBERSHIP FEE - $135.00**
| 8.1. | **2022 VEH TABS - amortize starting Jan 2022:  $2,016.00** | **$62,927.09** |

**9.**   **Total of Part 2.**                                                                            | **$62,927.09** |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**   **Accounts receivable**

| 11a. 90 days old or less: | **120,000.00** | - | **0.00** | = .... | **$120,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **447,488.10** | - | **120,718.83** | =.... | **$326,769.27** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**                                                                            | **$446,769.27** |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

Debtor    **Superior Environmental Corp.**
Name _____    Case number *(If known)* _____

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|------------------------------------|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Computer Equipment is itemized on the attached Exhibit A.  Book value is listed. | $1,051.00 | Tax records | $1,051.00 |
| **Office furniture and fixtures is itemized on the attached Exhibit B.  Book value listed.** | $6,313.00 | Tax records | $6,313.00 |
| **Office Equipment and software itemized on the attached Exhibit C.  Book value listed.** | $3,102.00 | Tax records | $3,102.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                    | $10,466.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Superior Environmental Corp.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Vehicles are itemized on the attached Exhibit D. Value listed is based on Kelley Blue Book wholesale value that was provided by the interested buyer. This value is similar to Debtor's calculation using Kelley Blue Book private party values with a 25% discount for forced liquidation.**<br><br>**Lien with Ford Motor Credit is only secured on one vehicle - 2019 Ford Eco Sport. Value is $18,000 - $15518 lien = $2,482.00. All other vehicles are owned outright.** | **$119,829.00** | **Liquidation** | **$163,400.00** |
| 47.2. **Trailers itemized on the attached Exhibit E. Comparable Sale value listed.** | **$0.00** | **Comparable sale** | **$12,200.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Field Equipment is itemized on the attached Exhibit F. Book value listed.** | **$7,079.00** | **Tax records** | **$7,079.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $182,679.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Superior Environmental Corp.**                                    Case number *(If known)*  _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property**<br>**Intellectual Property and Intangibles: Going concern value estimated at $99,855.00 based on APA with AKT.** | **$99,855.00** | **Comparable sale** | **$99,855.00** |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$99,855.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **Employee Retention Credit under the CARES Act**    Tax year **2020** | **$286,101.93** |

Debtor   **Superior Environmental Corp.**
    Name                                                 Case number *(If known)*

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   **Judgment against Roger McIntosh, LLC for $57367.14. No collection has been made.**            **$57,367.14**

   | Nature of claim | **Judgment** |
   |---|---|
   | Amount requested | **$57,367.14** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**               **$343,469.07**

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Superior Environmental Corp.**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $140,604.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $62,927.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $446,769.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,466.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $182,679.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $99,855.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $343,469.07 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,286,770.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,286,770.27 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Superior Environmental Corp.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Ford Motor Credit**<br>Creditor's Name<br><br><br>**PO Box 542000**<br>**Omaha, NE 68154**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**05/20/2020**<br>**Last 4 digits of account number**<br>**7026**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Vehicles are itemized on the attached Exhibit D.  Value listed is based on Kelley Blue Book wholesale value that was provided by the interested buyer.  This value is similar to Debtor's calculation using Kelley Blue Book private party value**<br><br>Describe the lien<br>**Auto Lien**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,518.00** | **$163,400.00** |
| **2.2** **US Small Business Admin.**<br>Creditor's Name<br><br>**PO Box 3918**<br>**Portland, OR 97208-3918**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**01/19/2021**<br>**Last 4 digits of account number**<br>**7802** | Describe debtor's property that is subject to a lien<br>**United Bank Account (5749) - Business Checking - Acct# 5749**<br><br>Describe the lien<br>**Line of Credit**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$150,000.00** | **$106,652.10** |

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor    **Superior Environmental Corp.**

Case number *(if known)*

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Vaugn Quince and James Quince** | Describe debtor's property that is subject to a lien | $143,557.00 | $326,769.27 |
|---|---|---|---|---|

Creditor's Name

Over 90 days old: Current: $116424.36
31-60: $50436.98
61-90: $101,249.55
Over 90: $120,718.83

**26044 Glaspell Road
Punta Gorda, FL 33955**

TOTAL = $447,488.10 ($120,718.83 over 120 days and/or doubtful) = $326,769.27

Creditor's mailing address

Describe the lien

**Fixture Filing**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**06/26/2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $309,075.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Superior Environmental Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Bonita Shane**<br>**40 Lakewind Drive**<br>**Springfield, IL 62703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Total claim **$1,827.25** | Priority amount **$1,827.25** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**2/18/2022** | Basis for the claim:<br>**Administrative Assistant**<br>**Wages/Vacation Payout as of 2/25/2022** | | |
|  | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Connecticut Dept. of Revenue**<br>**450 Columbus Blvd**<br>**Ste 1**<br>**Hartford, CT 06103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**Current (For Notice Only)** | | |
|  | Last 4 digits of account number **8229**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Superior Environmental Corp.**                                    Case number (if known)
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,176.93 | $2,176.93 |

Priority creditor's name and mailing address
**Connie S. Kailing**
**3081 Hayes Street**
**Marne, MI 49435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Administrative Assistant**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.4**

Priority creditor's name and mailing address
**Danielle Quatrella**
**67 Candy Lane**
**Bristol, CT 06010**

As of the petition filing date, the claim is: $1,431.64   $1,431.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Administrative Assistant**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.5**

Priority creditor's name and mailing address
**Darlene Lancaster**
**13459 Burroughs NE**
**Lowell, MI 49331**

As of the petition filing date, the claim is: $2,205.37   $2,205.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**CADD Operator**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

Priority creditor's name and mailing address
**Duane Gomez**
**408 S. Staffron Street**
**Ludington, MI 49431**

As of the petition filing date, the claim is: $2,613.52   $2,613.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Field Supervisor/Foreman**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Superior Environmental Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,091.37** | **$4,091.37** |
|---|---|---|---|---|
| | **Gregory Hilty**<br>**8459 Jacksontown Road**<br>**Heath, OH 43056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2/18/2022** | Basis for the claim:<br>**Senior Project Scientist**<br>**Wages/Vacation Payout as of 2/25/2022** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Ilinois Department of Revenue**<br>**James R Thompson Center**<br>**7th Floor**<br>**100 West Randolph Street**<br>**Chicago, IL 60601-3274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**Current (For Notice Only)** | | |
| | Last 4 digits of account number **8229**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 802503**<br>**Cincinnati, OH 45280-2503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**Current (For Notice Only)** | | |
| | Last 4 digits of account number **8229**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$7,650.38** | **$7,650.38** |
|---|---|---|---|---|
| | **Jeffrey Skendrovic**<br>**15897 Fern Avenue**<br>**Spring Lake, MI 49456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2/18/2022** | Basis for the claim:<br>**Chairman and COO**<br>**Wages/Vacation Payout as of 2/25/2022** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Superior Environmental Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br><br>**Jorge Jimenez**<br>**Po Box 2526**<br>**Meriden, CT 06450** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,192.98 | $1,192.98 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br><br>**2/18/2022** | Basis for the claim:<br>**Field Technician**<br>**Wages/Vacation Payout as of 2/25/2022**<br>**$2,001.78** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br><br>**Joseph Platzbecker**<br>**9377 Southdown Ct**<br>**Roscoe, IL 61073** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,228.05 | $2,228.05 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2/18/2022** | Basis for the claim:<br>**Senior Scientist**<br>**Wages/Vacation Payout as of 2/25/2022** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br><br>**Mark DeKruyter**<br>**6514 Bella Vista Dr. NE**<br>**Apt B**<br>**Rockford, MI 49341** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,748.98 | $1,748.98 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br><br>**2/18/2022** | Basis for the claim:<br>**Senior Scientist**<br>**Wages/Vacation Payout as of 2/25/2022** | | |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br><br>**Michigan Attorney General**<br>**P.O. Box 30212**<br>**Lansing, MI 48909** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**Current (For Notice Only)** | | |
| | Last 4 digits of account number **8229**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Superior Environmental Corp.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Michigan Department
of Treasury
PO Box 30199
Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**n/a**

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **8229**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Michigan Unemployment
Insurance Agency
3024 Grand Blvd.
Suite 12-300
Detroit, MI 48202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - current**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,307.20** | **$2,307.20** |
|---|---|---|---|---|

**Mikkelson, Polly
7578 Wilson Rd
Nunica, MI 49448**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2/18/2022**

Basis for the claim:
**Accounting Manager
Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ohio Department of Taxation
4485 Northland Ridge Blvd.
Columbus, OH 43229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **8229**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Superior Environmental Corp.** | Case number (if known) |
|---|---|---|
| | Name | |

**2.19**

Priority creditor's name and mailing address
**Rachel Merz**
**6175 64th Ave**
**Hudsonville, MI 49426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,239.84    $1,239.84

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Field Technician**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.20**

Priority creditor's name and mailing address
**Richard VerStrate**
**2760 Burgen Ave NE**
**Grand Rapids, MI 49525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,944.71    $4,944.71

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Senior Project Manager**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.21**

Priority creditor's name and mailing address
**Robert D. Clark**
**5631 Bayonne**
**Haslett, MI 48840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Board Member**
**Wages/Vacation Payout as of 2/18/2022**

Last 4 digits of account number **n/a**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address
**Ryan Stewart**
**24 Country Ln**
**East Hampton, CT 06424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,513.52    $2,513.52

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Senior Project Manager/Office Manager**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Superior Environmental Corp.** _____   Case number (if known) _____
_____ Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.40 | $896.40 |
|---|---|---|---|---|

**2.23**

Priority creditor's name and mailing address

**Sergio Reyes**
**45 Dunlay St.**
**Apt 3**
**New Britain, CT 06051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$896.40                $896.40

Date or dates debt was incurred

**2/18/2022**

Basis for the claim:
**Field Technician**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address

**Simon Broomhead**
**113 Stony Creek Drive**
**Chatham, IL 62629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,351.02                $4,351.02

Date or dates debt was incurred

**2/18/2022**

Basis for the claim:
**Senior Project Manager/Office Manager**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address

**Tammy Brown**
**231 Scarlet Oak Drive**
**Coopersville, MI 49404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,362.31                $2,362.31

Date or dates debt was incurred
**2/18/2022**

Basis for the claim:
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address

**Terry Lendy**
**23022 Clear View Lane**
**Athens, IL 62613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,150.01                $3,150.01

Date or dates debt was incurred

**2/18/2022**

Basis for the claim:
**Senior Scientist**
**Wages/Vacation Payout as of 2/25/2022**

Last 4 digits of account number **n/a**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Superior Environmental Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**US Attorney**
**ATTN: Donna Justice**
**330 Ionia St STE 501**
**Grand Rapids, MI 49503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **n/a** | **Current (For Notice Only)** |

Last 4 digits of account number **8229**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vaughin Quince**
**26044 Glaspell Rd**
**Punta Gorda, FL 33955**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2/18/2022** | **Board Member** |
| | **Wages/Vacation Payout as of 2/18/2022** |

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.80 |

**Advanced Envionmental Drilling**
**& Contracting, Inc**
**1460 E 50th Avenue**
**Farina, IL 62838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/16/2022**

Basis for the claim: _

Last 4 digits of account number **4774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,211.46 |
|---|---|---|---|

**Aerotek, Inc.**
**PO Box 198531**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/9/2021**

Basis for the claim: **Services**

Last 4 digits of account number **8027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,585.49 |
|---|---|---|---|

**ALS Group USA Corp**
**Attn:  Accounts Receivable**
**PO Box 975444**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/27/2021**

Basis for the claim: **Services**

Last 4 digits of account number **6517**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Superior Environmental Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4** Nonpriority creditor's name and mailing address
Ameren Illinois
Po Box 88034
Chicago, IL 60680-1034

Date(s) debt was incurred  2/9/2022
Last 4 digits of account number  4991

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$189.69

**3.5** Nonpriority creditor's name and mailing address
Andrews Engineering Inc.
3300 Ginger Creek Drive
Springfield, IL 62711

Date(s) debt was incurred  1/11/2022
Last 4 digits of account number  6673

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$125.00

**3.6** Nonpriority creditor's name and mailing address
Bio-Chem Laboratories, Inc.
1049 28th Street, SE
Grand Rapids, MI 49508

Date(s) debt was incurred  12/6/2021
Last 4 digits of account number  1031

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$6,355.00

**3.7** Nonpriority creditor's name and mailing address
Bonita Shane
40 Lakewind Drive
Springfield, IL 62703

Date(s) debt was incurred  n/a
Last 4 digits of account number  n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Vested Stock payout

Is the claim subject to offset? ■ No ☐ Yes

$5,400.16

**3.8** Nonpriority creditor's name and mailing address
Brian Miller
3213 George Street
Muskegon, MI 49444

Date(s) debt was incurred  n/a
Last 4 digits of account number  n/a

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Vested Stock payout

Is the claim subject to offset? ■ No ☐ Yes

$17,179.11

**3.9** Nonpriority creditor's name and mailing address
C-3 Technologies, Inc.
501 Adam Lane, Suite 1
North Brunswick, NJ 08902

Date(s) debt was incurred  12/13/2021
Last 4 digits of account number  5768

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset? ■ No ☐ Yes

$4,938.36

**3.10** Nonpriority creditor's name and mailing address
C.A. Murphy Oil Co
Attn.  Kelly B. Murphy
1100 N. Clay Street
Sturgis, MI 49091

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Judgment for Breach of Contract action.  Judgment was appealed.

Is the claim subject to offset? ■ No ☐ Yes

$584,000.00

| Debtor | **Superior Environmental Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,396.70** |
|---|---|---|---|
| | **Carl Lurix** | ☐ Contingent | |
| | **28 Knollwood Road** | ☐ Unliquidated | |
| | **Burlington, CT 06013** | ☑ Disputed | |
| | Date(s) debt was incurred **n/a** | **Basis for the claim:** **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,356.50** |
|---|---|---|---|
| | **Chad Khodl** | ☐ Contingent | |
| | **13650 148th Ave** | ☐ Unliquidated | |
| | **Grand Haven, MI 49417** | ☑ Disputed | |
| | Date(s) debt was incurred **n/a** | **Basis for the claim:** **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,840.00** |
|---|---|---|---|
| | **City of Rock Island** | ☐ Contingent | |
| | **PO Box 3315** | ☐ Unliquidated | |
| | **Rock Island, IL 61204-3315** | ☐ Disputed | |
| | Date(s) debt was incurred **9/27/2021** | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number **5757** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$410.00** |
|---|---|---|---|
| | **CNA Surety Corp** | ☐ Contingent | |
| | **Po Box 957312** | ☐ Unliquidated | |
| | **Saint Louis, MO 63195-7312** | ☐ Disputed | |
| | Date(s) debt was incurred **2/8/2022** | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number **4301** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Comprehensive Compliance Mgt** | ☐ Contingent | |
| | **25 West State Street** | ☐ Unliquidated | |
| | **Granby, MA 01033** | ☐ Disputed | |
| | Date(s) debt was incurred **2/21/2022** | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number **6911** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,913.42** |
|---|---|---|---|
| | **Connecticut Oil Recycling Ser** | ☐ Contingent | |
| | **P.O. Box 696** | ☐ Unliquidated | |
| | **27 Mill St.** | ☐ Disputed | |
| | **Middletown, CT 06457** | | |
| | Date(s) debt was incurred **7/14/2021** | **Basis for the claim:** **Services** | |
| | Last 4 digits of account number **6649** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,662.31** |
|---|---|---|---|
| | **Connie S. Kailing** | ☐ Contingent | |
| | **3081 Hayes Street** | ☐ Unliquidated | |
| | **Marne, MI 49435** | ☑ Disputed | |
| | Date(s) debt was incurred **n/a** | **Basis for the claim:** **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Superior Environmental Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,877.79** |
|---|---|---|---|
| | **Corey Buckner**<br>**7517 Harmon Lane**<br>**Jenison, MI 49428** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **n/a** | Basis for the claim: **Vested Stock payout** | |
| | Last 4 digits of account number **n/s** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,227.15** |
|---|---|---|---|
| | **Danielle Quatrella**<br>**67 Candy Lane**<br>**Bristol, CT 06010** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **n/a** | Basis for the claim: **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,090.24** |
|---|---|---|---|
| | **Darlene Lancaster**<br>**13459 Burroughs NE**<br>**Lowell, MI 49331** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **n/a** | Basis for the claim: **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|
| | **Diamond Concrete Sawing**<br>**855 Godfrey Ave. SW**<br>**Grand Rapids, MI 49503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **12/30/2021** | Basis for the claim: **Services** | |
| | Last 4 digits of account number **8551** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,025.00** |
|---|---|---|---|
| | **Don Curtis**<br>**Unit 3157 PMB 304**<br>**3941 Tamiani Trl**<br>**Punta Gorda, FL 33950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2/9/2022** | Basis for the claim: **Services** | |
| | Last 4 digits of account number **5821** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,914.79** |
|---|---|---|---|
| | **Drew Pravda**<br>**4878 Weber Road**<br>**Whitehall, MI 49461** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **n/a** | Basis for the claim: **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,085.20** |
|---|---|---|---|
| | **Duane Gomez**<br>**408 S. Staffron Street**<br>**Ludington, MI 49431** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **n/a** | Basis for the claim: **Vested Stock payout** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Superior Environmental Corp.**
_____    Case number (if known) _____
    Name

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.36** |
|---|---|---|---|

**Earle Press Printing**
**PO Box 0327**
**Muskegon, MI 49443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/20/2022

**Basis for the claim:** Services

**Last 4 digits of account number** 1102

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,360.00** |
|---|---|---|---|

**Environmental Data Resources**
**Attn: Accts Receivable**
**PO Box 930230**
**Atlanta, GA 31193-0230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/24/2022

**Basis for the claim:** Services

**Last 4 digits of account number** 1107

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,094.45** |
|---|---|---|---|

**Environmental Recycling Group**
**PO Box 187**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/23/2021

**Basis for the claim:** Services

**Last 4 digits of account number** 5236

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**ERIS Information Inc**
**266 Elmwood Ave**
**PO Box 930**
**Buffalo, NY 14222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/13/2022

**Basis for the claim:** Services

**Last 4 digits of account number** 5402

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$373.57** |
|---|---|---|---|

**F. W. Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/27/2022

**Basis for the claim:** Services

**Last 4 digits of account number** 5665

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,750.00** |
|---|---|---|---|

**Forest Road Consulting**
**1826 Rockingham Road**
**Davenport, IA 52802-1826**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/11/2021

**Basis for the claim:** Services

**Last 4 digits of account number** 5696

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**GFL Enviromental Services USA**
**18927 Hickory Creek Dr.**
**Ste 340**
**Mokena, IL 60448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/30/2021

**Basis for the claim:** Services

**Last 4 digits of account number** 6173

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Superior Environmental Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.32**

**Nonpriority creditor's name and mailing address**
Gregory Hilty
8459 Jacksontown Road
Heath, OH 43056

**Date(s) debt was incurred** n/a

**Last 4 digits of account number** n/a

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Vested Stock payout

Is the claim subject to offset? ☑ No ☐ Yes

**$12,828.85**

---

**3.33**

**Nonpriority creditor's name and mailing address**
Ground Penetrating Raidar Syst
5217 Monroe St.
Ste. A
Suite E1
Toledo, OH 43623

**Date(s) debt was incurred** 1/12/2022

**Last 4 digits of account number** 6620

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ☑ No ☐ Yes

**$850.00**

---

**3.34**

**Nonpriority creditor's name and mailing address**
Jeffrey Skendrovic
15897 Fern Avenue
Spring Lake, MI 49456

**Date(s) debt was incurred** n/a

**Last 4 digits of account number** n/a

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Vested Stock payout

Is the claim subject to offset? ☑ No ☐ Yes

**$18,243.54**

---

**3.35**

**Nonpriority creditor's name and mailing address**
Job Site Services
4395 Wider Road
Bay City, MI 48706

**Date(s) debt was incurred** 9/28/2021

**Last 4 digits of account number** 4775

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Is the claim subject to offset? ☑ No ☐ Yes

**$7,782.00**

---

**3.36**

**Nonpriority creditor's name and mailing address**
Jonathan Sowder
16601 Shaner Ave
Sand Lake, MI 49343

**Date(s) debt was incurred** n/a

**Last 4 digits of account number** n/a

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Vested Stock payout

Is the claim subject to offset? ☑ No ☐ Yes

**$2,872.83**

---

**3.37**

**Nonpriority creditor's name and mailing address**
Jorge Jimenez
Po Box 2526
Meriden, CT 06450

**Date(s) debt was incurred** n/a

**Last 4 digits of account number** n/a

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Vested Stock payout

Is the claim subject to offset? ☑ No ☐ Yes

**$4,586.32**

---

**3.38**

**Nonpriority creditor's name and mailing address**
Joseph Platzbecker
9377 Southdown Ct
Roscoe, IL 61073

**Date(s) debt was incurred** n/a

**Last 4 digits of account number** n/a

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Vested Stock payout

Is the claim subject to offset? ☑ No ☐ Yes

**$12,455.20**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **Superior Environmental Corp.**        Case number *(if known)* _____
<br>Name

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,263.84 |
|---|---|---|---|

**Kira Stevens**
**613 Arrowhead**
**Heyworth, IL 61745**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,980.33 |
|---|---|---|---|

**Lee Gosson**
**1598 Cooley Drive**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,138.00 |
|---|---|---|---|

**Linde Gas North America, LLC**
**Dept CH 10660**
**Palatine, IL 60055-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/25/2022**

Last 4 digits of account number **6093**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,528.47 |
|---|---|---|---|

**Lynn Gosson**
**1598 Cooley Drive**
**Hastings, MI 49058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.00 |
|---|---|---|---|

**Marion Municipal Utilities**
**PO Box 718**
**Marion, IN 46952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/19/2021**

Last 4 digits of account number **9724**

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,868.96 |
|---|---|---|---|

**Mark DeKruyter**
**6514 Bella Vista Dr NE**
**Apt B**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Micheal Agostini**
**1406 Hanover Ave.**
**Apt. 1**
**Meriden, CT 06451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Superior Environmental Corp.**                                    Case number *(if known)*
_____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,251.79 |

**Mike Agostini**
**1406 Hanover Ave**
**Apt 1**
**Meriden, CT 06451**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **n/a**

Basis for the claim:  **Vested Stock Payout**

Last 4 digits of account number  **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.21 |

**Mutual of Omaha**
**Po Box 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/2022**

Basis for the claim:  **Services**

Last 4 digits of account number  **5701**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,750.47 |

**Nancy Mackiewicz**
**2113 Westview Drive**
**Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **n/a**

Basis for the claim:  **Vested Stock payout**

Last 4 digits of account number  **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,211.94 |

**Polly Mikkelson**
**7578 Wilson Road**
**Nunica, MI 49448**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **n/a**

Basis for the claim:  **Vested Stock Payout**

Last 4 digits of account number  **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,870.00 |

**Prein & Newof, Inc.**
**3355 Evergreen Dr.**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/2022**

Basis for the claim:  **Services**

Last 4 digits of account number  **1818**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,948.67 |

**Reynolds Drilling Corp.**
**8172 E. State Route 54**
**Riverton, IL 62561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/9/2021**

Basis for the claim:  **Services**

Last 4 digits of account number  **6266**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,937.97 |

**Richard Verstrate**
**2760 Burgen Ave NE**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **n/a**

Basis for the claim:  **Vested Stock payout**

Last 4 digits of account number  **n/a**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Superior Environmental Corp.**                              Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Robert D. Clark**<br>**5631 Bayonne**<br>**Haslett, MI 48840**<br><br>Date(s) debt was incurred  **n/a**<br>Last 4 digits of account number  **n/a** | **As of the petition filing date, the claim is:** Check all that apply.    **$641.61**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Vested Stock payout**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Securities and Exchange**<br>**100 F Street NE**<br>**Washington, DC 20549-5631**<br><br>Date(s) debt was incurred  **_**<br>Last 4 digits of account number  **_** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Notice Only**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Staples Business Advantage**<br>**PO Box 660409**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred  **1/22/2022**<br>Last 4 digits of account number  **6302** | **As of the petition filing date, the claim is:** Check all that apply.    **$123.62**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Supplies**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Steven Keating**<br>**4956 Deerhaven Park Drive**<br>**Lowell, MI 49331**<br><br>Date(s) debt was incurred  **n/a**<br>Last 4 digits of account number  **n/a** | **As of the petition filing date, the claim is:** Check all that apply.    **$7,486.07**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Vested Stock payout**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Tammy Brown**<br>**231 Scarlet Oak Drive**<br>**Coopersville, MI 49404**<br><br>Date(s) debt was incurred  **n/a**<br>Last 4 digits of account number  **n/a** | **As of the petition filing date, the claim is:** Check all that apply.    **$11,286.14**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Vested Stock payout**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Teklab, Inc.**<br>**55445 Horseshoe Lake Road**<br>**Collinsville, IL 62234-7425**<br><br>Date(s) debt was incurred  **12/7/2021**<br>Last 4 digits of account number  **5689** | **As of the petition filing date, the claim is:** Check all that apply.    **$6,638.20**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Terra Probe Enviromental, Inc.**<br>**9209 Whiteford Rd.**<br>**Ottawa Lake, MI 49267**<br><br>Date(s) debt was incurred  **12/27/2021**<br>Last 4 digits of account number  **5561** | **As of the petition filing date, the claim is:** Check all that apply.    **$1,015.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Superior Environmental Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,069.72** |
|---|---|---|---|

**Terry Lendy**
**23022 Clear View Lane**
**Athens, IL 62613**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73.94** |
|---|---|---|---|

**The KR Group, Inc.**
**678 Front Ave NW**
**Suite 300**
**Grand Rapids, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/15/2022**

Last 4 digits of account number **8114**

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,166.72** |
|---|---|---|---|

**Theodore R. Vesey**
**6661 Rose Arbour Ave**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,185.66** |
|---|---|---|---|

**Todd White**
**313 W. Chapel Lane**
**Midland, MI 48640**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **n/a**

Last 4 digits of account number **n/a**

Basis for the claim: **Vested Stock payout**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21.83** |
|---|---|---|---|

**United Parcel Service**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/29/2022**

Last 4 digits of account number **3441**

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25.08** |
|---|---|---|---|

**Verizon Wireless**
**777 Big Timber Rd.**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/1/2022**

Last 4 digits of account number **5232**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,088.65** |
|---|---|---|---|

**Wildco Petroleum Equipment**
**155 Highland Park Dr.**
**Bloomfield, CT 06002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/24/2022**

Last 4 digits of account number **9703**

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Superior Environmental Corp.**                                    Case number (if known) _____
_____
Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,197.73 |

**Young's Enviromental Cleanup**
**G-5305 North Dort Highway**
**Flint, MI 48505**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **11/17/2021**

**Basis for the claim:** **Services**

Last 4 digits of account number  **1755**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **9th Judicial Circuit Court**<br>**227 W. Michigan Avenue**<br>**Case No. 2018-0424-CB**<br>**Kalamazoo, MI 49007** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Honiman Miller Schwartz**<br>**300 Ottawa Ave NW, #400**<br>**Grand Rapids, MI 49503** | Line  **3.10**<br><br>☐ Not listed. Explain ____ | **24CB** |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 48,931.48 |
| 5b. Total claims from Part 2 | 5b. + | $ | 938,492.91 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 987,424.39 |

**Fill in this information to identify the case:**

Debtor name    **Superior Environmental Corp.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Ongoing Contract**<br><br><br>**3J LLC**<br>**2001 Waldorf NW**<br>**Grand Rapids, MI 49544** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Ongoing Contract**<br><br><br>**5 Star Gateway**<br>**2537 Cranberry Highway**<br>**Wareham, MA 02571** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Internet Service Current- For Notice Only**<br><br><br>**Acentek**<br>**Po Box 363**<br>**Houston, MN 55943** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Ongoing Contract**<br><br><br>**ACV Enviro**<br>**928 E Hazelwood Ave**<br>**Rahway, NJ 07065** |

Debtor 1   **Superior Environmental Corp.**                                    Case number (*if known*) _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Adventist Midwest Health** |
| | List the contract number of any government contract | | **900 Hope Way** |
| | | | **Altamonte Springs, FL 32714** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Utility Current- For Notice Only** | |
|---|---|---|---|
| | State the term remaining | | **Ameren Illinois** |
| | List the contract number of any government contract | | **Po Box 88034** |
| | | | **Chicago, IL 60670-1034** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - American Environmental Corp - General Svcs** | |
|---|---|---|---|
| | State the term remaining | | **American Environmental Corp** |
| | List the contract number of any government contract | | **3700 W Grand Ave Ste A** |
| | | | **Springfield, IL 62711** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -AEC Circle K 6601 Burlington IA** | |
|---|---|---|---|
| | State the term remaining | | **American Environmental Corp** |
| | List the contract number of any government contract | | **3700 W Grand Ave Ste A** |
| | | | **Springfield, IL 62711** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Apex TITAN, Inc.** |
| | List the contract number of any government contract | | **12100 Ford Road Suite 401** |
| | | | **Dallas, TX 75234** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract Project Name: AT&T/Benton Harbor/2021** | |
|---|---|---|---|
| | State the term remaining | | **Apex TITAN, Inc.** |
| | List the contract number of any | | **12100 Ford Road Suite 401** |
| | | | **Dallas, TX 75234** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    **Superior Environmental Corp.**

First Name            Middle Name            Last Name            Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract Project Name: AT&T Lansing/2021/ LUST Assessment** | |
| | State the term remaining | | **Apex TITAN, Inc. 12100 Ford Road Suite 401 Dallas, TX 75234** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract Project Name: AT&T/Rock Island/2021/LUST NFR** | |
| | State the term remaining | | **Apex TITAN, Inc. 12100 Ford Road Suite 401 Dallas, TX 75234** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - AT&T/O'Fallon/2021** | |
| | State the term remaining | | **Apex TITAN, Inc. 12100 Ford Road Suite 401 Dallas, TX 75234** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -AT&T/Westmont/2021** | |
| | State the term remaining | | **Apex TITAN, Inc. 12100 Ford Road Suite 401 Dallas, TX 75234** |
| | List the contract number of any government contract | | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 3 Copiers 1. Ricoh MPC 307 2. Ricoh MPC 3004 3. Ricoh MPS 6004ex Expiration 01/01/2024 2.5 years** | |
| | State the term remaining | | **Applied Imaging 5555 Glenwood Hills Pkwy SE Grand Rapids, MI 49515** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  **Superior Environmental Corp.**
　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)* _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Copier Lease Current- For Notice Only**

State the term remaining

List the contract number of any government contract

**Applied Imaging
7718 Solution Center
Chicago, IL 60677-7007**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Ongoing Contract**

State the term remaining

List the contract number of any government contract

**ARH Walker, Inc
3744 3 Mile Rd NW
Walker, MI 49534**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Ongoing Contract Project Name: 2021 At&t Vault Cleanouts**

State the term remaining

List the contract number of any government contract

**AT&T Services
308 S Akard St
Dallas, TX 75202**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Ongoing Contract - Boston, MA- RMD Repairs**

State the term remaining

List the contract number of any government contract

**AT&T Services In.
308 S. Akard St.
Dallas, TX 75202**

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Ongoing Contract - Culloden WV- 2975 Benedict Rd (RMD)**

State the term remaining

List the contract number of any government contract

**AT&T Services In.
308 S. Akard St.
Dallas, TX 75202**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Ongoing Contract - Albany NY- 2 Kross Keys Dr.**

State the term remaining

List the contract number of any

**AT&T Services In.
308 S. Akard St.
Dallas, TX 75202**

Debtor 1    **Superior Environmental Corp.**
_____    Case number (*if known*) _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Blackstone, MA- 295 Mendon St (Spill B)** | |
| | State the term remaining | | **AT&T Services In.** |
| | List the contract number of any government contract | | **308 S. Akard St.** |
| | | | **Dallas, TX 75202** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Blackstone, MA- 295 Mendon St (Test)** | |
| | State the term remaining | | **AT&T Services In.** |
| | List the contract number of any government contract | | **308 S. Akard St.** |
| | | | **Dallas, TX 75202** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Harrisburg, PA- 4375 Lewis Rd (Alarm)** | |
| | State the term remaining | | **AT&T Services In.** |
| | List the contract number of any government contract | | **308 S. Akard St.** |
| | | | **Dallas, TX 75202** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - New York, NY/216 E 45th St/Alarm** | |
| | State the term remaining | | **AT&T Services Inc** |
| | List the contract number of any government contract | | **308 S. Akard St.** |
| | | | **Dallas, TX 75202** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Catawissa PA/311 Earth Station/ADSI** | |
| | State the term remaining | | **AT&T Services Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract Bridgeport #2 (Alarm)** | **AT&T Services, Inc** |
| | | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

Debtor 1   **Superior Environmental Corp.**
First Name          Middle Name          Last Name                   Case number (*if known*) _____

| | |
|---|---|
| ■ | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract     _____ | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract Brigeport #2 (Test)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract     _____ | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Danbury (Test)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract     _____ | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Cheshire (Testing)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract     _____ | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - New York -1518 North Rd.  (Alarm)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract     _____ | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Utica- 2100 Beechgrove Place (Alarm)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract     _____ | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

Debtor 1  **Superior Environmental Corp.**                                          Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - New York- 3505 Rt 112 (Alarm)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Folsom NJ- 1001 Black Horse Pike** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Tuckerton, NJ** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Freehold, NJ** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - WakefieldRI/296 Shannock/Testing** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract- Philadelphia PA/2130 Arch St/Alarm** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any | | **308 S. Akard Street** |
| | | | **Dallas, TX 75202** |

Debtor 1  **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Arlington VA/900 S Walter Reed Dr.** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard St.** **Dallas, TX 75202** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard St.** **Dallas, TX 75202** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Monrovia, MD- 11026 Fingerboard Rd** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **208 S. Akard Street** **Dallas, TX 75202** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Finksburg-2021 Suffolk Rd (Test)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **208 S. Akard Street** **Dallas, TX 75202** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Altoona PA/1100 3rd Ave/2021 Test** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard St.** **Dallas, TX 75202** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Virginia- 20425 Duval Rd.** | **AT&T Services, Inc** **308 S. Akard Street** **Dallas, TX 75202** |
|---|---|---|---|

Debtor 1    **Superior Environmental Corp.**                                        Case number *(if known)*
     First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Huntington, NY- 1444 East Jericho** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Berlin NJ, 263 Tansboro Rd- 2022** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Springfield, MA- Bridge St (Testing)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Rochelle Park, NJ - 75 W Passaic St** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Rochelle Park, NJ-75 W Passaic St (Alarm)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** **Dallas, TX 75202** |

Debtor 1   **Superior Environmental Corp.**                                   Case number (*if known*) _____
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Rochelle Park, NJ-75 W Passaic St** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | _____ | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Rochelle Park, NJ-75 W Passaic St** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | _____ | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Rochelle Park, NJ-75 W Passaic St** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | _____ | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Framingham MA-825 Waverly St. (Test)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | _____ | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Dillwyn VA-22210 N James Madison HWY** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | _____ | **308 S. Akard Street** **Dallas, TX 75202** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Alburtis PA-96 Steel Tower Ln (ADSI)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any | | **308 S. Akard St.** **Dallas, TX 75202** |

Debtor 1 **Superior Environmental Corp.**

First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Somerset NJ-73 Veronics Ave** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Great Falls VA-933 Rolling Holly Dr.** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc 308 S. Akard St. Dallas, TX 75202** |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Allen Town PA- 620 E Rock Rd.** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Huntington WV-Morrow Rd. (EM Vent)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc 308 S. Ankard St. Dallas, TX 75202** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Flushing NY- 9403 Queens Blvd (Alarm)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Washington DC- 725 13th ST NW** | **AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1  **Superior Environmental Corp.**
_____

First Name          Middle Name          Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract _____ | **Ongoing Contract  - Cedar Knolls, NJ- 88 Horsehill Rd**<br><br>**AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract _____ | **Ongoing Contract  - Columbia MD- 9155 Old Annapolis Rd (Tank Repair)**<br><br>**AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract _____ | **Ongoing Contract  - Columbia MD- 9155 Old Annapolis Rd (Tank Testing)**<br><br>**AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract _____ | **Ongoing Contract  - Philidelphia PA- 500 S 27th St**<br><br>**AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract _____ | **Ongoing Contract  - Hanover, MD- 7150 Standard Dr (Alarm)**<br><br>**AT&T Services, Inc 308 S. Akard Street Dallas, TX 75202** |

Debtor 1  **Superior Environmental Corp.**

First Name          Middle Name          Last Name          Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - Madison, WI- 122 W. Main St**

State the term remaining

List the contract number of any government contract

**AT&T Services, Inc**
**308 S. Akard Street**
**Dallas, TX 75202**

**2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - Littleton, PA- 451 Newton Rd (Tank Repair)**

State the term remaining

List the contract number of any government contract

**AT&T Services, Inc**
**308 S. Akard Street**
**Dallas, TX 75202**

**2.69.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - Littleton, PA- 451 Newton Rd (Tank Testing)**

State the term remaining

List the contract number of any government contract

**AT&T Services, Inc**
**308 S. Akard Street**
**Dallas, TX 75202**

**2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - Eau Claire WI- 304 S. Dewey (Alarm)**

State the term remaining

List the contract number of any government contract

**AT&T Services, Inc**
**308 S. Akard Street**
**Dallas, TX 75202**

**2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - 1041 Hurst Rd**

State the term remaining

List the contract number of any government contract

**AT&T Services, INC**
**308 S. Akard St**
**Dallas, TX 75202**

**2.72.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract -Madison WI-315 W Mifflin St.**

State the term remaining

List the contract number of any

**AT&T Services, Inc**
**308 S. Akard Street**
**Dallas, TX 75202**

Debtor 1    **Superior Environmental Corp.**                                    Case number (*if known*) _____

First Name            Middle Name            Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - AT&T/Marion IN - 6020 South Meridian St** | |
| | State the term remaining | | **AT&T Services, Inc** |
| | List the contract number of any government contract | | **308 S. Akard Street** **San Antonio, TX 78202** |
| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - 2021 Suffolk Rd 2022 (Test)** | |
| | State the term remaining | | **AT&T Services, Inc.** |
| | List the contract number of any government contract | | **208 S. Akard Street** **Dallas, TX 75202** |
| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Howell Garage, 1391 Grand Oaks Blvd** | |
| | State the term remaining | | **AT&T Services, Inc.** |
| | List the contract number of any government contract | | **308 S. Akard St** **Dallas, TX 75202** |
| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Pleasantville NJ-420 W Washington** | |
| | State the term remaining | | **AT&T Services, Inc.** |
| | List the contract number of any government contract | | **308 S. Akard St.** **Dallas, TX 75202** |
| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Trenton NJ-1300 White Horse** | |
| | State the term remaining | | **AT&T Services, Inc.** |
| | List the contract number of any government contract | | **308 S. Akard St.** **Dallas, TX 75202** |
| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - New Brunswick NJ- 156 Sandford St.** | **AT&T Services, Inc.** **308 S. Akard St.** **Dallas, TX 75202** |

Debtor 1    **Superior Environmental Corp.**
_____      Case number *(if known)* _____

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Wayne PA- 60 West Ave (ADSI)** | |
|---|---|---|---|
| | State the term remaining | | **AT&T Services, Inc.** |
| | List the contract number of any government contract _____ | | **308 S. Akard St.** **Dallas, TX 75202** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **AZ Corporation** |
| | List the contract number of any government contract _____ | | **2 Summit Place** **Branford, CT 06405** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bad Axe Party Store** |
| | List the contract number of any government contract _____ | | **690 S Van Dyke** **Bad Axe, MI 48413** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bay Medical Center** |
| | List the contract number of any government contract _____ | | **1900 Columbus Avenue** **Bay City, MI 48708** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bay Metropolitan Transportation Authority** |
| | List the contract number of any government contract _____ | | **1510 N Johnson Street** **Bay City, MI 48708** |

Debtor 1    **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Baystate Health** |
| | List the contract number of any government contract | | **P.O. Box 6202** **Springfield, MA 01101-6202** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bethel Health and Rehabilitat** |
| | List the contract number of any government contract | | **13 Parklawn Dr.** **Bethel, CT 06801** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Biding Time Campground** |
| | List the contract number of any government contract | | **5106 Dundas Rd.** **Beaverton, MI 48612** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Big Run, LLC** |
| | List the contract number of any government contract | | **8459 Jacksontown Rd** **Heath, OH 43056** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Borchers, Steve** |
| | List the contract number of any government contract | | **20336 NW 259th Terrace** **High Springs, FL 32643** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Bronson Healthcare Group** |
| | List the contract number of any | | **PO Box 4001** **Accounts Payable** **Kalamazoo, MI 49003-4001** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  **Superior Environmental Corp.**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Burton Corners**<br>**6007 West M21**<br>**Owosso, MI 48867** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract**<br>**Project: Murphy**<br>**Oil/Legacy/Fisher Lake** | |
|---|---|---|---|
| | State the term remaining | | **C.A. Murphy Oil Co., Inc**<br>**1100 North Clay St**<br>**PO Box 676**<br>**Sturgis, MI 49091** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract**<br>**Project: Murphy**<br>**Oil/Legacy/E&H** | |
|---|---|---|---|
| | State the term remaining | | **C.A. Murphy Oil Co., Inc.**<br>**1100 North Clay St**<br>**PO Box 676**<br>**Sturgis, MI 49091** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Caldwell & Walsch Building Con**<br>**1501 Kings HWY**<br>**Fairfield, CT 06824** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract**<br>**-Casey's 2658/303 SW**<br>**3rd St, Aledo LUST** | |
|---|---|---|---|
| | State the term remaining | | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -**<br>**Casey's Store**<br>**#2413/ELCORADO/1005**<br>**US45N** | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Superior Environmental Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Casey's # 2396/ STEELVILLE/LUST** | |
|---|---|---|---|
|  | State the term remaining | | **Casey's General Stores, Inc.** |
|  | List the contract number of any government contract | | **3305 SE Deleware Avenue Ankeny, IA 50021** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Casey's 1153 ASHTON/1102 N First St LUST** | |
|---|---|---|---|
|  | State the term remaining | | **Casey's General Stores, Inc.** |
|  | List the contract number of any government contract | | **3305 SE Deleware Avenue Ankeny, IA 50021** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Casey's #1258 SHEFFIELD/LUST** | |
|---|---|---|---|
|  | State the term remaining | | **Casey's General Stores, Inc.** |
|  | List the contract number of any government contract | | **3305 SE Deleware Avenue Ankeny, IA 50021** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Casey's #1301/TOULON/LUST** | |
|---|---|---|---|
|  | State the term remaining | | **Casey's General Stores, Inc.** |
|  | List the contract number of any government contract | | **3305 SE Deleware Avenue Ankeny, IA 50021** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Casey's #2250/SPRINGFIELD Peoria Rd/LUST** | |
|---|---|---|---|
|  | State the term remaining | | **Casey's General Stores, Inc.** |
|  | List the contract number of any government contract | | **3305 SE Deleware Avenue Ankeny, IA 50021** |

Debtor 1  **Superior Environmental Corp.**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

    **Ongoing Contract - Casey's #1857 JOHNSON CITY/Dewatering**

State the term remaining

List the contract number of any government contract  _____

**Casey's General Stores, Inc.**
**3305 SE Deleware Avenue**
**Ankeny, IA 50021**

---

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

    **Ongoing Contract - Casey's #1335/IL 251 & 2nd St, Lostant**

State the term remaining

List the contract number of any government contract  _____

**Casey's General Stores, Inc.**
**3305 SE Deleware Avenue**
**Ankeny, IA 50021**

---

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

    **Ongoing Contract -Casey's/Tanker Spill - Champaign**

State the term remaining

List the contract number of any government contract  _____

**Casey's General Stores, Inc.**
**3305 SE Deleware Avenue**
**Ankeny, IA 50021**

---

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

    **Ongoing Contract - Casey's #2939/SPRINGFIELD/ Clear Lake**

State the term remaining

List the contract number of any government contract  _____

**Casey's General Stores, Inc.**
**3305 SE Deleware Avenue**
**Ankeny, IA 50021**

---

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

    **Ongoing Contract - Casey's #2934/NORMAK/1301 S. Main**

State the term remaining

List the contract number of any government contract  _____

**Casey's General Stores, Inc.**
**3305 SE Deleware Avenue**
**Ankeny, IA 50021**

---

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

    **Ongoing Contract - Casey's #2943/AUBURN/LUST**

State the term remaining

List the contract number of any

**Casey's General Stores, Inc.**
**3305 SE Deleware Avenue**
**Ankeny, IA 50021**

Debtor 1  **Superior Environmental Corp.**                              Case number (*if known*) _____
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Casey's #2940 MATTOON/ 920 Charleston Ave** | |
| | State the term remaining | | **Casey's General Stores, Inc. 3305 SE Deleware Avenue Ankeny, IA 50021** |
| | List the contract number of any government contract | | |
| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2938 TAYLORVILLE/401 N Cheney** | |
| | State the term remaining | | **Casey's General Stores, Inc. 3305 SE Deleware Avenue Ankeny, IA 50021** |
| | List the contract number of any government contract | | |
| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2928/GIBSON CITY/LUST** | |
| | State the term remaining | | **Casey's General Stores, Inc. 3305 SE Deleware Avenue Ankeny, IA 50021** |
| | List the contract number of any government contract | | |
| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2942 / MT VERNON/ LUST** | |
| | State the term remaining | | **Casey's General Stores, Inc. 3305 SE Deleware Avenue Ankeny, IA 50021** |
| | List the contract number of any government contract | | |
| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2930 RANTOUL/ 300 S. Century** | |
| | State the term remaining | | **Casey's General Stores, Inc. 3305 SE Deleware Avenue Ankeny, IA 50021** |
| | List the contract number of any government contract | | |
| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #3372/ATLANTA/LUST** | **Casey's General Stores, Inc. 3305 SE Deleware Avenue Ankeny, IA 50021** |

Debtor 1  **Superior Environmental Corp.**                                      Case number *(if known)* _____
      First Name         Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |
| **2.113.** State what the contract or lease is for and the nature of the debtor's interest    **Ongoing Contract - Casey's/MARISSA/Release/Mud Creek Rt 4**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |
| **2.114.** State what the contract or lease is for and the nature of the debtor's interest    **Ongoing Contract -Casey's #2359/FARMER CITY/LUST**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |
| **2.115.** State what the contract or lease is for and the nature of the debtor's interest    **Ongoing Contract - Casey's 2932 / CANTON/ 5th Ave/LUST**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |
| **2.116.** State what the contract or lease is for and the nature of the debtor's interest    **Ongoing Contract -Casey's #2937 SPRINGFLD/Jefferson/ LUST**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |
| **2.117.** State what the contract or lease is for and the nature of the debtor's interest    **Ongoing Contract -Casey's #2380/ANDALUSIA/LUST 20170980**<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com         

Debtor 1   **Superior Environmental Corp.**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2936 / JACKSONVILLE/ 2nd release** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2940 MATTOON/Charleston Ave/UST** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's #2286/HARRISBURG/LUST** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's DRUM DISPOSAL 2020** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Casey's #1402/TONICA/UST Removal/LUST** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Casey's #1585/CHILLICOTHE/LUST** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Casey's General Stores, Inc.**<br>**3305 SE Deleware Avenue**<br>**Ankeny, IA 50021** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  **Superior Environmental Corp.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Casey's #2935/CANTON/885 N Main/UST Pull** | |
|---|---|---|---|
| | State the term remaining | | **Casey's General Stores, Inc.** |
| | List the contract number of any government contract | | **3305 SE Deleware Avenue** |
| | | | **Ankeny, IA 50021** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Casey's/HENRY/1045 University/LUST** | |
|---|---|---|---|
| | State the term remaining | | **Casey's General Stores, Inc.** |
| | List the contract number of any government contract | | **3305 SE Deleware Avenue** |
| | | | **Ankeny, IA 50021** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Casey's #2549/Henry/810 University / UST R** | |
|---|---|---|---|
| | State the term remaining | | **Casey's General Stores, Inc.** |
| | List the contract number of any government contract | | **3305 SE Deleware Avenue** |
| | | | **Ankeny, IA 50021** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Casey's/Aledo, IL/ LUST Assessment** | |
|---|---|---|---|
| | State the term remaining | | **Casey's General Stores, Inc.** |
| | List the contract number of any government contract | | **3305 SE Deleware Avenue** |
| | | | **Ankeny, IA 50021** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Millwood NY-208 Sawmill River Rd** | |
|---|---|---|---|
| | State the term remaining | | **CDP Energy Corp** |
| | List the contract number of any government contract | | **536 Main St.** |
| | | | **New Paltz, NY 12561-1609** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | **City of Ferndale** |
|---|---|---|---|
| | | | **521 E. Cambourne** |
| | | | **Ferndale, MI 48220** |

Debtor 1  **Superior Environmental Corp.**
          First Name          Middle Name          Last Name

Case number *(if known)*

| | |
|---|---|

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

| | | |
|---|---|---|
| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **City of Jackson**<br>**518 N Jackson St**<br>**Jackson, MI 49201-1223** |

---

| | | |
|---|---|---|
| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **City of Streling Heights**<br>**Firestation #4**<br>**7200 18 Mile Rd**<br>**Sterling Heights, MI 48314** |

---

| | | |
|---|---|---|
| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **City of Streling Heights**<br>**7200 18 Mile Rd**<br>**Sterling Heights, MI 48314** |

---

| | | |
|---|---|---|
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **City of West Haven**<br>**355 Main Street**<br>**West Haven, CT 06516** |

---

| | | |
|---|---|---|
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Electric Utility**<br>**Current - For Notice Only** |
| | State the term remaining | |
| | List the contract number of any government contract | **City Water Light & Power**<br>**300 S. 7th Street, Room 100**<br>**Springfield, IL 62757-0001** |

---

Debtor 1  **Superior Environmental Corp.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.135.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any government contract

**Clare County Transit Corp.**
**1473 Transportation Drive**
**Harrison, MI 48625**

**2.136.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any government contract

**Coca Cola Refreshments USA**
**PO Box 2390**
**Brandon, FL 33509**

**2.137.** State what the contract or lease is for and the nature of the debtor's interest — **Internet Utility Current - For Notice Only**

State the term remaining

List the contract number of any government contract

**Comcast**
**Po Box 70219**
**Philadelphia, PA 19176-0219**

**2.138.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any government contract

**Corner Truck Stop**
**1998 Sand Beach Road**
**Bad Axe, MI 48413**

**2.139.** State what the contract or lease is for and the nature of the debtor's interest — **Internet Service Current- For Notice Only**

State the term remaining

List the contract number of any government contract

**Cox Communications**
**Dept. 781110**
**Po Box**
**Detroit, MI 48278-1110**

**2.140.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any

**CPD Energy Corp.**
**536Main Street**
**New Paltz, NY 12561-1609**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **CPD Energy Corp.** |
| | List the contract number of any government contract | | **536Main Street** <br> **New Paltz, NY 12561-1609** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Cramer's Gas & Oil** |
| | List the contract number of any government contract | | **70 Wedge Rd** <br> **Sandusky, MI 48471-8835** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **CT Agricultural** |
| | List the contract number of any government contract | | **Experiment Station** <br> **123 Huntington Street** <br> **New Haven, CT 06511** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Cushman & Wakefield** |
| | List the contract number of any government contract | | **90 Ivy Brook Rd** <br> **Shelton, CT 06484-6402** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **D's Corner Market** |
| | List the contract number of any government contract | | **1014 W Anderson Rd** <br> **Linwood, MI 48634-9727** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | **Dan Crownhart** <br> **2704 Locust St.** <br> **Sterling, IL 61081** |
|---|---|---|---|

Debtor 1  **Superior Environmental Corp.**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

<table>
<tr><td colspan="2">■ **Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

---

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | Delta College |
| | List the contract number of any government contract | University Center<br>1961 Delta Rd<br>University Center, MI 48710-1001 |

---

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Phase I** |
|---|---|---|
| | State the term remaining | Don Curtis LLC |
| | List the contract number of any government contract | Unit 3157 PMB 304<br>3941 Tamiami TRL<br>Punta Gorda, FL 33950 |

---

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Phase II** |
|---|---|---|
| | State the term remaining | Don Curtis LLC |
| | List the contract number of any government contract | Unit 3157 PMB 304<br>3941 Tamiami TRL<br>Punta Gorda, FL 33950 |

---

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | Dundee Community Schools |
| | List the contract number of any government contract | 420 Ypsilanti St<br>Dundee, MI 48131-1152 |

---

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Utility<br>Current (For Notice Only)** |
|---|---|---|
| | State the term remaining | - |
| | List the contract number of any government contract | - |
| | | Eversource<br>Po Box 56002<br>Boston, MA 02205-6002 |

---

Debtor 1  **Superior Environmental Corp.**
First Name        Middle Name        Last Name                Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.152.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any government contract

Farmers Co-operative Grain Co.
710 N. Union St.
Po Box 246
Kinde, MI 48445-7711

**2.153.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any government contract

Fast Freddies
2245 E. Main St.
Ubly, MI 48475

**2.154.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any government contract

Fates Mini Mart
100 Wheatland Ave
Remus, MI 49340

**2.155.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - M-140 Truck Stop**

State the term remaining

List the contract number of any government contract

Fleming Brothers Oil
6912 109th Ave.
South Haven, MI 49090-9539

**2.156.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract - Riverside Marathon**

State the term remaining

List the contract number of any government contract

Fleming Brothers Oil
6912 109th Ave.
South Haven, MI 49090-9539

**2.157.** State what the contract or lease is for and the nature of the debtor's interest — **Ongoing Contract**

State the term remaining

List the contract number of any

Freeland Schools
710 Powley Dr.
Freeland, MI 48623

Debtor 1   **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Freightliner Trucking**<br>**5285 Clay Ave SW**<br>**Grand Rapids, MI 49548-5657** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Galena Road Gravel Inc.**<br>**5129 East Truitt**<br>**Chillicothe, IL 61523** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Gasland Petroleum, Inc.**<br>**3 South Ohioville Road**<br>**New Paltz, NY 12561** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Glen Una Properties**<br>**9015 Mountain Ridge Dr STE 350**<br>**Austin, TX 78759** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing Contract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Green Jug Resort**<br>**1190 Bingham Dr.**<br>**White Cloud, MI 49349-9726** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | Ongoing Contract | **H & P Gas Inc**<br>**5187 Henry St**<br>**Muskegon, MI 49441** |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1   **Superior Environmental Corp.**
    First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
| | List the contract number of any government contract | _____ |

---

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Harbor Beach Community Hospita**<br>**210 S. First Street**<br>**Harbor Beach, MI 48441-1236** |

---

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Ignash Petroleum**<br>**7095 Main Street**<br>**PO Box 2019**<br>**Caseville, MI 48725** |

---

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Ithaca Public Schools**<br>**710 N. Union St.**<br>**Ithaca, MI 48847** |

---

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **Jeff & Susan Reinke LLC**<br>**4404 Main St.**<br>**Port Hope, MI 48468** |

---

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **JFS Investment LLC**<br>**2353 Mellowood Dr.**<br>**Sterling Heights, MI 48310** |

---

Debtor 1    **Superior Environmental Corp.**
First Name                     Middle Name                     Last Name                                    Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **John D. Dingell VA Med Center**<br>**4646 John R Street**<br>**Detroit, MI 48201-1916** |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - SI** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Joseph D. Boete Sons, Inc.**<br>**511 W Main**<br>**Carlinville, IL 62626-1679** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - J.F. Boente & Sons/#108 Shell/Raymond** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Joseph F. Boente Sons, Inc**<br>**511 W Main**<br>**Carlinville, IL 62626-1679** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -JF Boente / 543 W Main St, Carlinville** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Joseph F. Boente Sons, Inc**<br>**511 W Main**<br>**Carlinville, IL 62626-1679** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - LUS** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Joseph F. Boente Sons, Inc**<br>**511 W Main**<br>**Carlinville, IL 62626-1679** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Katerberg VerHage, Inc.**<br>**3717 Michigan St. NE**<br>**Grand Rapids, MI 49525** |

Debtor 1    **Superior Environmental Corp.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **LaBella Associates, D.P.C.** |
| | List the contract number of any government contract | | **300 State St.**<br>**Ste 201**<br>**Rochester, NY 14614** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Laborers Home Development Corp** |
| | List the contract number of any government contract | | **1 North Old State Capitol Plaz**<br>**Suite 525**<br>**Springfield, IL 62701** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Lands End Marina** |
| | List the contract number of any government contract | | **32895 S River Road**<br>**Harrison Township, MI 48045-5708** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Lloyd's Landing LLC** |
| | List the contract number of any government contract | | **17220 Franklin Ave**<br>**Spring Lake, MI 49456** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Coopersville Office Lease**<br>**Expiration 10/31/2024** | |
|---|---|---|---|
| | State the term remaining | **3.5 years** | **Luther Leasing, LLC** |
| | List the contract number of any government contract | | **920 O'Malley Drive**<br>**Coopersville, MI 49404** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | **Magna Seating Systems**<br>**30020 Cabot Dr**<br>**Novi, MI 48377** |
|---|---|---|---|

Debtor 1    **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | **Magna Services of America** |
| | List the contract number of any government contract _____ | **750 Tower Dr** **Troy, MI 48098** |

| | | |
|---|---|---|
| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | **Maple Island Estates** |
| | List the contract number of any government contract _____ | **7311 White Rd** **Muskegon, MI 49442** |

| | | |
|---|---|---|
| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** **Project Name: MDEQ - Former Car Company/Family Video** |
| | State the term remaining | **MI Dept of Env., Gt Lakes & Energy** |
| | List the contract number of any government contract _____ | **525 West Allegan** **PO Box 30473** **Lansing, MI 48909** |

| | | |
|---|---|---|
| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** **Project Name: EGLE 2020 Triage-Lansing District** |
| | State the term remaining | **MI Dept of Env., GT Lakes & Energy** |
| | List the contract number of any government contract _____ | **525 West Allegan** **PO Box 30473** **Lansing, MI 48909** |

| | | |
|---|---|---|
| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** **Project Name: EGLE 2020 Triage - Grand Rapids District** |
| | State the term remaining | **MI Dept of Env., Gt Lakes & Energy** |
| | List the contract number of any government contract _____ | **525 West Allegan** **PO Box 30473** **Lansing, MI 48909** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Superior Environmental Corp.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ongoing Contract Project Name: EGLE 2020 Triage - Saginaw Bay District** | **MI Dept of Env., Gt Lakes & Energy<br>525 West Allegan<br>PO Box 30473<br>Lansing, MI 48909** |
|---|---|---|---|
| 2.187. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ongoing Contract Project Name: MDEQ-Phil's Union Bank 76- Lansing District** | **MI Dept of Env., GT Lakes &<br>525 West Allegan<br>PO Box 30473<br>Lansing, MI 48909** |
| 2.188. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ongoing Contract Project Name: EGLE 2021 Triage - SE Michigan District** | **MI Dept of Env., Gt Lakes & Energy<br>525 West Allegan<br>PO Box 30473<br>Lansing, MI 48909** |
| 2.189. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ongoing Contract** | **MI Dept of Enviro., Great Lks & Energy<br>525 West Allegan<br>PO Box 30473<br>Lansing, MI 48909** |
| 2.190. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ongoing Contract Project Name: MDEQ-Harvard Industries** | **MI Dept of Enviro., Great Lks & Energy<br>525 West Allegan<br>PO Box 30473<br>Lansing, MI 48909** |
| 2.191. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Ongoing Contract** | **MI Dept of Technology & Budget<br>Design & Construction Division<br>3111 W Joseph St<br>Lansing, MI 48917** |

Debtor 1    **Superior Environmental Corp.**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | List the contract number of any government contract | _____ |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Mid Michigan Medical Center** |
| | List the contract number of any government contract | _____ | **4000 Wellness Dr.**<br>**Midland, MI 48760** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Miller Marina** |
| | List the contract number of any government contract | _____ | **24770 E Jefferson Ave**<br>**Saint Clair Shores, MI 48080-1381** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Monroe County Road Commission** |
| | List the contract number of any government contract | _____ | **840 S Telegraph Rd**<br>**Monroe, MI 48161-4056** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Natural Choice Foods** |
| | List the contract number of any government contract | _____ | **1125 Comstock Street**<br>**Marne, MI 49435** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Connecticut Office Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **NIA Roo Investments, LLC** |
| | List the contract number of any government contract | _____ | **132 Meeker Road**<br>**Southington, CT 06489** |

Debtor 1  **Superior Environmental Corp.**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **North Country Store, Inc**<br>**17645 Tyrone Ave**<br>**Kent City, MI 49330-9192** |
| | List the contract number of any government contract | | |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Tewksbury MA-1975 Main St.** | |
|---|---|---|---|
| | State the term remaining | | **Nouria Energy Corporation**<br>**326 Clark St.**<br>**Worcester, MA 01606** |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Gardner MA-264 Timpany Blvd (Tank)** | |
|---|---|---|---|
| | State the term remaining | | **Nouria Energy Corporation**<br>**236 Clark St.**<br>**Worchester, CT 06089** |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Westborough MA-128 Turnpike Rd.** | |
|---|---|---|---|
| | State the term remaining | | **Nouria Energy Corporation**<br>**326 Clark Street**<br>**Worcester, MA 01606** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ottawa County Parks & Rec Dept**<br>**12220 Fillmore Street**<br>**West Olive, MI 49460-8986** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Owens Realty Services**<br>**2 Summit Place**<br>**Branford, CT 06405** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  **Superior Environmental Corp.**

First Name            Middle Name            Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pete Kurzer**<br>**700 South 88th Ave**<br>**Shelby, MI 49455** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pier 7 Marina**<br>**963 E Midland Street**<br>**Bay City, MI 48706** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract**<br>**Project Name: Pier 7**<br>**Marina LUST FAR** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pier 7 Marina**<br>**963 E Midland St**<br>**Bay City, MI 48706-4966** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pinehill Gas & Convience**<br>**929 Pine Hill Road**<br>**Westport, MA 02790** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pohl's Market**<br>**2921 W Coleman Rd**<br>**Farwell, MI 48622** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | **Prestige Petroleum**<br>**5306 Rout 9W**<br>**Newburgh, NY 12550** |
|---|---|---|---|

Debtor 1   **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract   _____

---

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **R&R Ready Mix, Inc.** |
| | List the contract number of any government contract | | **6050 Melbourne Rd** **Saginaw, MI 48604** |

---

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ramco-Williams** |
| | List the contract number of any government contract | | **1739 S. Grand Ave** **Glendora, CA 91740** |

---

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Illinois Office Lease** **3001 Motvale- Suite C** **Springfield, IL 62704** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **RGB Properties, LLC** |
| | List the contract number of any government contract | | **PO Box 13144** **Springfield, IL 62791** |

---

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rivers Edge Landscape Mgmt LLC** |
| | List the contract number of any government contract | | **5558 W River Dr NE** **Comstock Park, MI 49321** |

---

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Rony Butrus** |
| | List the contract number of any government contract | | **3263 S Graham Rd.** **Saginaw, MI 48609** |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1  **Superior Environmental Corp.**
_____          Case number (*if known*) _____
First Name          Middle Name          Last Name

| | |
|---|---|

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sandy Pines Wilderness Trails** |
| | List the contract number of any government contract | | **2745 136th Street** **Hopkins, MI 49328-9740** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sandy's Market** |
| | List the contract number of any government contract | | **1057 Estee Road** **Albright Shores, MI 48612** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sanilac County** |
| | List the contract number of any government contract | | **60 West Santilac** **Sandusky, MI 48471** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Sawdust Corners Marathon** |
| | List the contract number of any government contract | | **3528 N Lapeer Rd.** **Lapeer, MI 48446** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Seng's Marina** |
| | List the contract number of any government contract | | **33 Lake St** **Manistee, MI 49660-1437** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Simsbury Veder Root** |
| | List the contract number of any | | **125 Powder Forest Dr.** **PO Box 2003** **Weatogue, CT 06089** |

Debtor 1  **Superior Environmental Corp.**

First Name        Middle Name        Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Solaire Portfolio** |
| | List the contract number of any government contract | | **1239 Comstock Street** **Marne, MI 49435** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **South Haven Yacht Club** |
| | List the contract number of any government contract | | **401 William St.** **South Haven, MI 49090-2514** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Southern Conneticut State Uni** |
| | List the contract number of any government contract | | **615 Fitch St.** **Cobalt, CT 06414** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Southland Two/1000 28th St. SE Project # 000GR1078.08** | |
|---|---|---|---|
| | State the term remaining | | **Southland Auto Wash** |
| | List the contract number of any government contract | | **6737 Cascade Rd. SE** **Suite 245** **Grand Rapids, MI 49548** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Southland Two/1000 28th St. SE Project #: 000GR1078.99** | |
|---|---|---|---|
| | State the term remaining | | **Southland Auto Wash** |
| | List the contract number of any government contract | | **6737 Cascade Rd. SE** **Suite 245** **Grand Rapids, MI 49546** |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | | | **St. Charles Oil Co.** **635 Saginaw St.** **Saint Charles, MI 48655** |

Debtor 1  **Superior Environmental Corp.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | **State of Connecticut Department of Developmental Services Po Box 172 Southbury, CT 06488** |
| | List the contract number of any government contract | |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  -CT Military Dept./Groton/New London/Pipe** |
|---|---|---|
| | State the term remaining | **State of Connecticut Military 360 Broad St. Hartford, CT 06105** |
| | List the contract number of any government contract | |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - CT Military/Stratford Armory/Em Call** |
|---|---|---|
| | State the term remaining | **State of Connecticut Military 360 Broad St. Hartford, CT 06105** |
| | List the contract number of any government contract | |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | **State of CT Dept. of Correctio 1106 North Ave. Bridgeport, CT 06604** |
| | List the contract number of any government contract | |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
|---|---|---|
| | State the term remaining | **Suburban Propane 382 South Huon Rd. Linwood, MI 48634** |
| | List the contract number of any government contract | |

Debtor 1  **Superior Environmental Corp.**                                      Case number *(if known)*
_____                              _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Taylor Collision Enterprises** |
| | List the contract number of any government contract | | **1501 Groth ST** |
| | | | **Springfield, IL 62703** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Phone Service** **Current - For Notice Only** | |
|---|---|---|---|
| | State the term remaining | | **Telnet Worldwide, Inc.** |
| | List the contract number of any government contract | | **8020 Solutions Center** |
| | | | **Chicago, IL 60677-8000** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Tom Nemric** |
| | List the contract number of any government contract | | **430 Business Pwky** |
| | | | **West Palm Beach, FL 33411** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Tony Gas & Repair** |
| | List the contract number of any government contract | | **402 Brightman St.** |
| | | | **Fall River, MA 02720** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Town of East Hartford** |
| | List the contract number of any government contract | | **Garage Department** |
| | | | **25 Ecology Drive** |
| | | | **East Hartford, CT 06108** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Tweed New Haven** |
| | List the contract number of any | | **Regional Airport** |
| | | | **155 Burr Street** |
| | | | **East Haven, CT 06512** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    **Superior Environmental Corp.**                         Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Stratford CT/1010 Honeyspot Rd./Fuel** |
| | State the term remaining | **UPS** |
| | List the contract number of any government contract | **1010 Honeyspot Rd. Stratford, CT 06615-7112** |
| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - S Norwalk/190 Martin Luther King Dr** |
| | State the term remaining | **UPS** |
| | List the contract number of any government contract | **1010 Honeyspot Rd. Stratford, CT 06615-7112** |
| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Hartford Ct/90 Locust St./Emergency** |
| | State the term remaining | **UPS** |
| | List the contract number of any government contract | **1010 Honeyspot Rd. Stratford, CT 06615-7112** |
| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Waterbury CT/8 Mountain View Dr/Em Project # 000HT2492.35** |
| | State the term remaining | **UPS** |
| | List the contract number of any government contract | **1010 Honeyspot Rd. Stratford, CT 06615-7112** |
| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Waterbury CT/8 Mountain View Dr/Em Project # 000HT2492.36** |
| | State the term remaining | **UPS** |
| | List the contract number of any government contract | **1010 Honeyspot Rd. Stratford, CT 06615-7112** |
| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Norwich CT/180 Fitchville Rd/EM Al Project # 000HT2593.28** | **UPS** **1010 Honeyspot Rd. Stratford, CT 06615-7112** |

| Debtor 1 | **Superior Environmental Corp.** | | Case number *(if known)* | |
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Norwich CT/180 Fitchville Rd/EM AI Project # 000HT2593.29** |
| | State the term remaining | |
| | List the contract number of any government contract | **UPS**<br>**1010 Honeyspot Rd.**<br>**Stratford, CT 06615-7112** |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Bradley/Windsor Locks/Hanger 58-179** |
| | State the term remaining | |
| | List the contract number of any government contract | **UPS**<br>**1010 Honeyspot Rd.**<br>**Stratford, CT 06615-7112** |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease Current - For Notice Only** |
| | State the term remaining | |
| | List the contract number of any government contract | **US Bank Equipment Finance**<br>**Po Box 790448**<br>**Saint Louis, MO 63179-0448** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** |
| | State the term remaining | |
| | List the contract number of any government contract | **We've Got Gas**<br>**1708 Crooks Rd**<br>**Royal Oak, MI 48067** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Mt. Vernon/Phase I ESA** |
| | State the term remaining | |
| | List the contract number of any government contract | **Webber & Theis, PC**<br>**202 Lincoln Square**<br>**PO Box 189**<br>**Urbana, IL 61803** |

Debtor 1    **Superior Environmental Corp.**

First Name    Middle Name    Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Twelve MHPs/Phase I ESA** | |
|---|---|---|---|
| | State the term remaining | | **Webber & Theis, PC** |
| | List the contract number of any government contract | | **202 Lincoln Square PO Box 189 Urbana, IL 61803-0189** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - 1800 Roosevelt/ Phase II ESA** | |
|---|---|---|---|
| | State the term remaining | | **Webber & Theis, PC** |
| | List the contract number of any government contract | | **202 Lincoln  Square PO Box 189 Urbana, IL 61803-0189** |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Lucky Horseshoe MHP Phase II ESA** | |
|---|---|---|---|
| | State the term remaining | | **Webber & Theis, PC** |
| | List the contract number of any government contract | | **202 Lincoln Square PO Box 189 Urbana, IL 61803-0189** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract  - Webber & Thies/Cook Co/Phase I ESAs** | |
|---|---|---|---|
| | State the term remaining | | **Webber & Thies, PC** |
| | List the contract number of any government contract | | **202 Lincoln Square PO Box 189 Urbana, IL 61803-0189** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract -Webber & Thies/Four MHPs/UPDATE ESAs** | |
|---|---|---|---|
| | State the term remaining | | **Webber & Thies, PC** |
| | List the contract number of any government contract | | **202 Lincoln Square PO Box 189 Urbana, IL 61803-0189** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - Edwardsville LUST Site** | |
|---|---|---|---|
| | State the term remaining | | **Webbre & Thies, P.C.** |
| | List the contract number of any | | **202 Lincoln Square PO Box 189 Urbana, IL 61803** |

Debtor 1  **Superior Environmental Corp.**                                          Case number *(if known)* _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |
|---|---|---|---|

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - WPLCO/Gen Compliance** | |
| | State the term remaining | | **Wolverine Pipeline Company** |
| | List the contract number of any government contract | | **8075 Creekside Dr. Ste 210 Portage, MI 49024-6303** |

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract - WPLCO/Linde/PN:22V.0 0793.80128583.0010** | |
| | State the term remaining | | **Wolverine Pipeline Company** |
| | List the contract number of any government contract | | **8075 Creekside Dr. Ste 210 Portage, MI 49024-6303** |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract Project Name: WPLCO/Citgo E. Chicago Release** | |
| | State the term remaining | | **Wolverine Pipeline Company** |
| | List the contract number of any government contract | | **8075 Creekside Dr. Ste 210 Portage, MI 49024-6303** |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
| | State the term remaining | | **Yale University** |
| | List the contract number of any government contract | | **370 James St. Room 220 New Haven, CT 06520** |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Contract** | |
| | State the term remaining | | **Zeeuw Holdings LLC** |
| | List the contract number of any government contract | | **1014 Scibner Ave NW Grand Rapids, MI 49504** |

**Fill in this information to identify the case:**

Debtor name  **Superior Environmental Corp.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Superior Environmental Corp.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2022** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$114,147.78** |
| **For prior year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business <br> ☐ Other _____ | **$2,677,659.97** |
| **For year before that:** From **1/01/2020** to **12/31/2020** | ■ Operating a business <br> ☐ Other _____ | **$3,493,609.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Superior Environmental Corp.**                                 Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Advanced Environmental Drilling & Cont**<br>707 E. Main Street<br>Williamsville, IL 62693 | **Payments made in the last 90 days** | $9,200.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Aerotek, Inc.**<br>PO Box 198531<br>Atlanta, GA 30384 | **Payments made in the last 90 days** | $8,028.11 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Blood Hound, LLC**<br>6500 Technology Center Drive, Suite 200<br>Indianapolis, IN 46278 | **Payments in the last 90 days** | $9,975.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Blue Care Network**<br>PO Box 68753<br>Grand Rapids, MI 49516-8753 | **Payments in the last 90 days** | $10,219.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Health Insurance Dec 2021 and January 2022 |
| 3.5. **Blue Cross Blue Shield of Mich**<br>600 Lafayette East<br>Detroit, MI 48226 | **Payments in last 90 days** | $36,494.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Health Insurance |
| 3.6. **Connecticut Oil Recycling Ser**<br>27 Mill Street<br>Middletown, CT 06457 | **Payments in the last 90 days** | $50,195.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. **Earth Services** | **Payments in last 90 days** | $10,876.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Geodetic Designs Inc.**<br>2300 N. Grand River Avenue<br>Lansing, MI 48906 | **Payments in last 90 days** | $11,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Superior Environmental Corp.**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Luther Leasing, LLC** | **Payments in last 90 days** | $18,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Lease**<br>**Rent payments of $6250 for Dec - Feb** |
| 3.10. **Meiers Lombardini Insurance Services**<br>**2760 E. Lansing Drive**<br>**Suite 1**<br>**East Lansing, MI 48823** | **Payments in last 90 days** | $47,820.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance Policies** |
| 3.11. **NIA Roo Investments, LLC** | **Payments in last 90 days** | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Lease**<br>**Rent payments of $3,000 for Dec - Feb** |
| 3.12. **Terra Probe Environmental Inc.**<br>**9209 Whiteford Rd**<br>**Ottawa Lake, MI 49267** | **Payments in last 90 days** | $28,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| 3.13. **Teklab, Inc.**<br>**5445 Horseshoe Lake Road**<br>**Collinsville, IL 62234** | **Payments in last 90 days** | $7,954.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brian Miller**<br>**3213 George Street**<br>**Muskegon, MI 49444**<br>**Prior President of Debtor** | **Payments made in the last year prior to filing** | $124,694.47 | **Salary and cell phone and expense reimbursements** |

Debtor   **Superior Environmental Corp.**                    Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Vaugn Quince** **26044 Glaspell Road** **Punta Gorda, FL 33955** **Member of board of directors** | **Payments made in the last year prior to filing** | $30,660.10 | **Payments made for salary and cell phone reimbursement** |
| 4.3. **Jeff Skendrovic** **15897 Fern Avenue** **Spring Lake, MI 49456** **Vice President of Debtor** | **Payments in the last year prior to filing** | $85,289.01 | **Payments made for salary, cell phone and expense reimbursement** |
| 4.4. **Vaugn Quince and James Quince** **26044 Glaspell Road** **Punta Gorda, FL 33955** **Member of Board of Directors** | **Payment made on secured loan in the last year** | $253,017.36 | **Loan payments** |
| 4.5. **Polly Mikkelson** **7578 Wilson Road** **Nunica, MI 49448** **Treasurer** | **Payments made in the last year** | $0.00 | **Estimated salary payments made in the last year** |
| 4.6. **Tammy Brown** **231 Scarlet Oak Drive** **Coopersville, MI 49404** **Secretary** | **Payments made in the last year** | $0.00 | **Estimated salary payments made in the last year** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **C.A. Murphy Oil, Co. v. Superior Environmental Corp.** **2018-0424-CB** | **Breach of Contract** | **9th Judicial Circuit Court Kalamazoo** **227 W. Michigan Avenue** **Kalamazoo, MI 49007** | ☐ Pending ■ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Superior Environmental Corp.**                                    Case number *(if known)*

---

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **CBH Attorneys & Counselors**<br>**25 Division Avenue S. Suite 500**<br>**Grand Rapids, MI 49503** | **Payments made for debt relief analysis.**<br>**5/27/2021 $2,717.00**<br>**9/2/2021 $1,165.00** | **5/27/2021**<br>**and**<br>**9/2/2021** | **$3,882.00** |
| | Email or website address<br>**www.cbhattorneys.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **Superior Environmental Corp.**                         Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | **Prior to filing Debtor's Petition, Debtor paid CBH Attorneys  $31,228.00 for attorney's fees incurred related to its Chapter 11 filing (including drafting the Petition, Schedules, SOFA, first day motions, and motion for 363 sale, Chapter 11 Plan).** | | |
| | **CBH Attorneys & Counselors, PLLC 25 Division Avenue S., Suite 500 Grand Rapids, MI 49503** | **Debtor also paid $1,738.00 for it's Chapter 11 filing fee.** | **1/19/22 and 2/25/22** | **$32,966.00** |
| | Email or website address **www.cbhattorneys.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1128 Franklin Street Marne, MI 49453** | **2000 to Oct 2019** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Superior Environmental Corp.**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Superior Envrionmental Corp 401(k) profit sharing plan | EIN:   38-2977246 |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **United Bank**<br>**900 East Paris Avenue**<br>**Grand Rapids, MI 49546** | **XXXX-6923** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/20/2020** | **$792.32** |
| 18.2. | **United Bank**<br>**900 East Paris Avenue SE**<br>**Grand Rapids, MI 49546** | **XXXX-6907** | ☼ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **11/20/2020** | **$642.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☼ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Debtor | Superior Environmental Corp. | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **Superior Environmental Corp.**                                                  Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Brickley DeLong**<br>316 Morris Avenue, Suite 500<br>Muskegon, MI 49440 | **Ongoing for the last<br>2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Quince** | **26044 Glaspell Road<br>Punta Gorda, FL 33955** | **Member of Board of Directors** | **0% - owned by ESOP** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vaughn Quince** | **26044 Glaspell<br>Punta Gorda, FL 33955** | **Member of Board of Directors** | **0% - owned by ESOP** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert Clark** | **5631 Bayonne<br>Haslett, MI 48840** | **Member of Board of Directors** | **0% - owned by ESOP** |

Debtor    **Superior Environmental Corp.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeff Skendrovic | 15897 Fern Avenue<br>Spring Lake, MI 49456 | Vice President and Member of Board of Directors | 0% - owned by ESOP |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mikkelson, Polly | 7578 Wilson Rd<br>Nunica, MI 49448 | Treasurer | 0% - company is owned 100% by Superior Enviornmental Corp ESOP. |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tammy Brown | 231 Scarlet Oak Drive<br>Coopersville, MI 49404 | Secretary | 0% - the company is owned 100% by Superior Enviromental Corp ESOP |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Miller | 2313 George Street<br>Muskegon, MI 49444 | President | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeffrey Skendrovic<br>15897 Fern Avenue<br>Spring Lake, MI 49456 | Employment salary and benefits. | February 25, 2021 to February 25, 2022 | Employment salary and benfits. |
| | **Relationship to debtor**<br>COO | | | |
| 30.2. | Brian Miller<br>3213 George Street<br>Muskegon, MI 49444 | Employment salary, benefits, and busines expense reimbursements. | February 25, 2021 to December 31, 2021. | Employment Salary and Benefits. |
| | **Relationship to debtor**<br>Former CEO | | | |

| Debtor | Superior Environmental Corp. | Case number (if known) |
|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Vaughin Quince**<br>26044 Glaspell Rd<br>Punta Gorda, FL 33955 | **$30,000.00 under Consulting Agreement** | **February 25, 2021 to February 25, 2022** | **Contratual Consulting Agreement** |
| | Relationship to debtor<br>**Board Member** | | | |
| 30.4. | **Robert D. Clark**<br>5631 Bayonne<br>Haslett, MI 48840 | **Employment salary and benefits. $5,000.06** | **February 25, 2021 to February 25, 2022** | |
| | Relationship to debtor<br>**Member of Board of Directors** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2022**

**/s/ Jeff Skendrovic**
Signature of individual signing on behalf of the debtor

**Jeff Skendrovic**
Printed name

Position or relationship to debtor    **Vice President and Chief Operating Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re   **Superior Environmental Corp.**                  Case No. _____

                                                     Debtor(s)             Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Superior Environmental Corp.**<br>**50 64th Avenue South, Suite C**<br>**Coopersville, MI 49404** | **A** | **63,000** | **Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **Vice President and Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 25, 2022**                  Signature   **/s/ Jeff Skendrovic**

                                                                    **Jeff Skendrovic**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re    **Superior Environmental Corp.**                                        Case No.
                                          Debtor(s)                Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President and Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached

list of creditors is true and correct to the best of my knowledge.

Date:    **February 25, 2022**                        **/s/ Jeff Skendrovic**
                                          **Jeff Skendrovic**/**Vice President and Chief Operating Officer**
                                          Signer/Title

3J LLC
2001 WALDORF NW
GRAND RAPIDS MI 49544


5 STAR GATEWAY
2537 CRANBERRY HIGHWAY
WAREHAM MA 02571


9TH JUDICIAL CIRCUIT COURT
227 W. MICHIGAN AVENUE
CASE NO. 2018-0424-CB
KALAMAZOO MI 49007


ACENTEK
PO BOX 363
HOUSTON MN 55943


ACV ENVIRO
928 E HAZELWOOD AVE
RAHWAY NJ 07065


ADVANCED ENVIONMENTAL DRILLING
& CONTRACTING, INC
1460 E 50TH AVENUE
FARINA IL 62838


ADVENTIST MIDWEST HEALTH
900 HOPE WAY
ALTAMONTE SPRINGS FL 32714


AEROTEK, INC.
PO BOX 198531
ATLANTA GA 30384


ALS GROUP USA CORP
ATTN: ACCOUNTS RECEIVABLE
PO BOX 975444
DALLAS TX 75397


AMEREN ILLINOIS
PO BOX 88034
CHICAGO IL 60680-1034

```
AMEREN ILLINOIS
PO BOX 88034
CHICAGO IL 60670-1034


AMERICAN ENVIRONMENTAL CORP
3700 W GRAND AVE STE A
SPRINGFIELD IL 62711


ANDREWS ENGINEERING INC.
3300 GINGER CREEK DRIVE
SPRINGFIELD IL 62711


APEX TITAN, INC.
12100 FORD ROAD
SUITE 401
DALLAS TX 75234


APPLIED IMAGING
5555 GLENWOOD HILLS PKWY SE
GRAND RAPIDS MI 49515


APPLIED IMAGING
7718 SOLUTION CENTER
CHICAGO IL 60677-7007


ARH WALKER, INC
3744 3 MILE RD NW
WALKER MI 49534


AT&T SERVICES
308 S AKARD ST
DALLAS TX 75202


AT&T SERVICES IN.
308 S. AKARD ST.
DALLAS TX 75202


AT&T SERVICES INC
308 S. AKARD ST.
DALLAS TX 75202


AT&T SERVICES INC
308 S. AKARD STREET
DALLAS TX 75202
```

```
AT&T SERVICES, INC
308 S. AKARD STREET
DALLAS TX 75202


AT&T SERVICES, INC
308 S. AKARD ST.
DALLAS TX 75202


AT&T SERVICES, INC
208 S. AKARD STREET
DALLAS TX 75202


AT&T SERVICES, INC
308 S. ANKARD ST.
DALLAS TX 75202


AT&T SERVICES, INC
308 S. AKARD ST
DALLAS TX 75202


AT&T SERVICES, INC
308 S. AKARD STREET
SAN ANTONIO TX 78202


AT&T SERVICES, INC.
208 S. AKARD STREET
DALLAS TX 75202


AT&T SERVICES, INC.
308 S. AKARD ST
DALLAS TX 75202


AT&T SERVICES, INC.
308 S. AKARD ST.
DALLAS TX 75202


AZ CORPORATION
2 SUMMIT PLACE
BRANFORD CT 06405


BAD AXE PARTY STORE
690 S VAN DYKE
BAD AXE MI 48413
```

BAY MEDICAL CENTER
1900 COLUMBUS AVENUE
BAY CITY MI 48708


BAY METROPOLITAN
TRANSPORTATION AUTHORITY
1510 N JOHNSON STREET
BAY CITY MI 48708


BAYSTATE HEALTH
P.O. BOX 6202
SPRINGFIELD MA 01101-6202


BETHEL HEALTH AND REHABILITAT
13 PARKLAWN DR.
BETHEL CT 06801


BIDING TIME CAMPGROUND
5106 DUNDAS RD.
BEAVERTON MI 48612


BIG RUN, LLC
8459 JACKSONTOWN RD
HEATH OH 43056


BIO-CHEM LABORATORIES, INC.
1049 28TH STREET, SE
GRAND RAPIDS MI 49508


BONITA SHANE
40 LAKEWIND DRIVE
SPRINGFIELD IL 62703


BORCHERS, STEVE
20336 NW 259TH TERRACE
HIGH SPRINGS FL 32643


BRIAN MILLER
3213 GEORGE STREET
MUSKEGON MI 49444


BRONSON HEALTHCARE GROUP
PO BOX 4001
ACCOUNTS PAYABLE
KALAMAZOO MI 49003-4001

BURTON CORNERS
6007 WEST M21
OWOSSO MI 48867


C-3 TECHNOLOGIES, INC.
501 ADAM LANE, SUITE 1
NORTH BRUNSWICK NJ 08902


C.A. MURPHY OIL CO
ATTN. KELLY B. MURPHY
1100 N. CLAY STREET
STURGIS MI 49091


C.A. MURPHY OIL CO., INC
1100 NORTH CLAY ST
PO BOX 676
STURGIS MI 49091


C.A. MURPHY OIL CO., INC.
1100 NORTH CLAY ST
PO BOX 676
STURGIS MI 49091


CALDWELL & WALSCH BUILDING CON
1501 KINGS HWY
FAIRFIELD CT 06824


CARL LURIX
28 KNOLLWOOD ROAD
BURLINGTON CT 06013


CASEY'S GENERAL STORES, INC.
3305 SE DELEWARE AVENUE
ANKENY IA 50021


CDP ENERGY CORP
536 MAIN ST.
NEW PALTZ NY 12561-1609


CHAD KHODL
13650 148TH AVE
GRAND HAVEN MI 49417

```
CITY OF FERNDALE
521 E. CAMBOURNE
FERNDALE MI 48220


CITY OF JACKSON
518 N JACKSON ST
JACKSON MI 49201-1223


CITY OF ROCK ISLAND
PO BOX 3315
ROCK ISLAND IL 61204-3315


CITY OF STRELING HEIGHTS
FIRESTATION #4
7200 18 MILE RD
STERLING HEIGHTS MI 48314


CITY OF STRELING HEIGHTS
7200 18 MILE RD
STERLING HEIGHTS MI 48314


CITY OF WEST HAVEN
355 MAIN STREET
WEST HAVEN CT 06516


CITY WATER LIGHT & POWER
300 S. 7TH STREET, ROOM 100
SPRINGFIELD IL 62757-0001


CLARE COUNTY TRANSIT CORP.
1473 TRANSPORTATION DRIVE
HARRISON MI 48625


CNA SURETY CORP
PO BOX 957312
SAINT LOUIS MO 63195-7312


COCA COLA REFRESHMENTS USA
PO BOX 2390
BRANDON FL 33509


COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-0219
```

```
COMPREHENSIVE COMPLIANCE MGT
25 WEST STATE STREET
GRANBY MA 01033


CONNECTICUT DEPT. OF REVENUE
450 COLUMBUS BLVD
STE 1
HARTFORD CT 06103


CONNECTICUT OIL RECYCLING SER
P.O. BOX 696
27 MILL ST.
MIDDLETOWN CT 06457


CONNIE S. KAILING
3081 HAYES STREET
MARNE MI 49435


COREY BUCKNER
7517 HARMON LANE
JENISON MI 49428


CORNER TRUCK STOP
1998 SAND BEACH ROAD
BAD AXE MI 48413


COX COMMUNICATIONS
DEPT. 781110
PO BOX
DETROIT MI 48278-1110


CPD ENERGY CORP.
536MAIN STREET
NEW PALTZ NY 12561-1609


CRAMER'S GAS & OIL
70 WEDGE RD
SANDUSKY MI 48471-8835


CT AGRICULTURAL
EXPERIMENT STATION
123 HUNTINGTON STREET
NEW HAVEN CT 06511
```

```
CUSHMAN & WAKEFIELD
90 IVY BROOK RD
SHELTON CT 06484-6402


D'S CORNER MARKET
1014 W ANDERSON RD
LINWOOD MI 48634-9727


DAN CROWNHART
2704 LOCUST ST.
STERLING IL 61081


DANIELLE QUATRELLA
67 CANDY LANE
BRISTOL CT 06010


DARLENE LANCASTER
13459 BURROUGHS NE
LOWELL MI 49331


DELTA COLLEGE
UNIVERSITY CENTER
1961 DELTA RD
UNIVERSITY CENTER MI 48710-1001


DIAMOND CONCRETE SAWING
855 GODFREY AVE. SW
GRAND RAPIDS MI 49503


DON CURTIS
UNIT 3157 PMB 304
3941 TAMIANI TRL
PUNTA GORDA FL 33950


DON CURTIS LLC
UNIT 3157 PMB 304
3941 TAMIAMI TRL
PUNTA GORDA FL 33950


DREW PRAVDA
4878 WEBER ROAD
WHITEHALL MI 49461
```

DUANE GOMEZ
408 S. STAFFRON STREET
LUDINGTON MI 49431


DUNDEE COMMUNITY SCHOOLS
420 YPSILANTI ST
DUNDEE MI 48131-1152


EARLE PRESS PRINTING
PO BOX 0327
MUSKEGON MI 49443


ENVIRONMENTAL DATA RESOURCES
ATTN: ACCTS RECEIVABLE
PO BOX 930230
ATLANTA GA 31193-0230


ENVIRONMENTAL RECYCLING GROUP
PO BOX 187
BOWLING GREEN OH 43402


ERIS INFORMATION INC
266 ELMWOOD AVE
PO BOX 930
BUFFALO NY 14222


EVERSOURCE
PO BOX 56002
BOSTON MA 02205-6002


F. W. WEBB COMPANY
160 MIDDLESEX TURNPIKE
BEDFORD MA 01730


FARMERS CO-OPERATIVE GRAIN CO.
710 N. UNION ST.
PO BOX 246
KINDE MI 48445-7711


FAST FREDDIES
2245 E. MAIN ST.
UBLY MI 48475

FATES MINI MART
100 WHEATLAND AVE
REMUS MI 49340


FLEMING BROTHERS OIL
6912 109TH AVE.
SOUTH HAVEN MI 49090-9539


FORD MOTOR CREDIT
PO BOX 542000
OMAHA NE 68154


FOREST ROAD CONSULTING
1826 ROCKINGHAM ROAD
DAVENPORT IA 52802-1826


FREELAND SCHOOLS
710 POWLEY DR.
FREELAND MI 48623


FREIGHTLINER TRUCKING
5285 CLAY AVE SW
GRAND RAPIDS MI 49548-5657


GALENA ROAD GRAVEL INC.
5129 EAST TRUITT
CHILLICOTHE IL 61523


GASLAND PETROLEUM, INC.
3 SOUTH OHIOVILLE ROAD
NEW PALTZ NY 12561


GFL ENVIROMENTAL SERVICES USA
18927 HICKORY CREEK DR.
STE 340
MOKENA IL 60448


GLEN UNA PROPERTIES
9015 MOUNTAIN RIDGE DR STE 350
AUSTIN TX 78759


GREEN JUG RESORT
1190 BINGHAM DR.
WHITE CLOUD MI 49349-9726

GREGORY HILTY
8459 JACKSONTOWN ROAD
HEATH OH 43056


GROUND PENETRATING RAIDAR SYST
5217 MONROE ST.
STE. A
SUITE E1
TOLEDO OH 43623


H & P GAS INC
5187 HENRY ST
MUSKEGON MI 49441


HARBOR BEACH COMMUNITY HOSPITA
210 S. FIRST STREET
HARBOR BEACH MI 48441-1236


HONIMAN MILLER SCHWARTZ
300 OTTAWA AVE NW, #400
GRAND RAPIDS MI 49503


IGNASH PETROLEUM
7095 MAIN STREET
PO BOX 2019
CASEVILLE MI 48725


ILINOIS DEPARTMENT OF REVENUE
JAMES R THOMPSON CENTER
7TH FLOOR
100 WEST RANDOLPH STREET
CHICAGO IL 60601-3274


INTERNAL REVENUE SERVICE
PO BOX 802503
CINCINNATI OH 45280-2503


ITHACA PUBLIC SCHOOLS
710 N. UNION ST.
ITHACA MI 48847


JEFF & SUSAN REINKE LLC
4404 MAIN ST.
PORT HOPE MI 48468

JEFFREY SKENDROVIC
15897 FERN AVENUE
SPRING LAKE MI 49456


JFS INVESTMENT LLC
2353 MELLOWOOD DR.
STERLING HEIGHTS MI 48310


JOB SITE SERVICES
4395 WIDER ROAD
BAY CITY MI 48706


JOHN D. DINGELL VA MED CENTER
4646 JOHN R STREET
DETROIT MI 48201-1916


JONATHAN SOWDER
16601 SHANER AVE
SAND LAKE MI 49343


JORGE JIMENEZ
PO BOX 2526
MERIDEN CT 06450


JOSEPH D. BOETE SONS, INC.
511 W MAIN
CARLINVILLE IL 62626-1679


JOSEPH F. BOENTE SONS, INC
511 W MAIN
CARLINVILLE IL 62626-1679


JOSEPH PLATZBECKER
9377 SOUTHDOWN CT
ROSCOE IL 61073


KATERBERG VERHAGE, INC.
3717 MICHIGAN ST. NE
GRAND RAPIDS MI 49525


KIRA STEVENS
613 ARROWHEAD
HEYWORTH IL 61745

LABELLA ASSOCIATES, D.P.C.
300 STATE ST.
STE 201
ROCHESTER NY 14614


LABORERS HOME DEVELOPMENT CORP
1 NORTH OLD STATE CAPITOL PLAZ
SUITE 525
SPRINGFIELD IL 62701


LANDS END MARINA
32895 S RIVER ROAD
HARRISON TOWNSHIP MI 48045-5708


LEE GOSSON
1598 COOLEY DRIVE
HASTINGS MI 49058


LINDE GAS NORTH AMERICA, LLC
DEPT CH 10660
PALATINE IL 60055-0660


LLOYD'S LANDING LLC
17220 FRANKLIN AVE
SPRING LAKE MI 49456


LUTHER LEASING, LLC
920 O'MALLEY DRIVE
COOPERSVILLE MI 49404


LYNN GOSSON
1598 COOLEY DRIVE
HASTINGS MI 49058


MAGNA SEATING SYSTEMS
30020 CABOT DR
NOVI MI 48377


MAGNA SERVICES OF AMERICA
750 TOWER DR
TROY MI 48098


MAPLE ISLAND ESTATES
7311 WHITE RD
MUSKEGON MI 49442

```
MARION MUNICIPAL UTILITIES
PO BOX 718
MARION IN 46952


MARK DEKRUYTER
6514 BELLA VISTA DR. NE
APT B
ROCKFORD MI 49341


MARK DEKRUYTER
6514 BELLA VISTA DR NE
APT B
ROCKFORD MI 49341


MI DEPT OF ENV., GT LAKES &
ENERGY
525 WEST ALLEGAN
PO BOX 30473
LANSING MI 48909


MI DEPT OF ENV., GT LAKES &
525 WEST ALLEGAN
PO BOX 30473
LANSING MI 48909


MI DEPT OF ENVIRO., GREAT LKS
& ENERGY
525 WEST ALLEGAN
PO BOX 30473
LANSING MI 48909


MI DEPT OF TECHNOLOGY & BUDGET
DESIGN & CONSTRUCTION DIVISION
3111 W JOSEPH ST
LANSING MI 48917


MICHEAL AGOSTINI
1406 HANOVER AVE.
APT. 1
MERIDEN CT 06451


MICHIGAN ATTORNEY GENERAL
P.O. BOX 30212
LANSING MI 48909
```

```
MICHIGAN DEPARTMENT
OF TREASURY
PO BOX 30199
LANSING MI 48909


MICHIGAN UNEMPLOYMENT
INSURANCE AGENCY
3024 GRAND BLVD.
SUITE 12-300
DETROIT MI 48202


MID MICHIGAN MEDICAL CENTER
4000 WELLNESS DR.
MIDLAND MI 48760


MIKE AGOSTINI
1406 HANOVER AVE
APT 1
MERIDEN CT 06451


MIKKELSON, POLLY
7578 WILSON RD
NUNICA MI 49448


MILLER MARINA
24770 E JEFFERSON AVE
SAINT CLAIR SHORES MI 48080-1381


MONROE COUNTY ROAD COMMISSION
840 S TELEGRAPH RD
MONROE MI 48161-4056


MUTUAL OF OMAHA
PO BOX 2147
OMAHA NE 68103-2147


NANCY MACKIEWICZ
2113 WESTVIEW DRIVE
SPRINGFIELD IL 62704


NATURAL CHOICE FOODS
1125 COMSTOCK STREET
MARNE MI 49435
```

NIA ROO INVESTMENTS, LLC
132 MEEKER ROAD
SOUTHINGTON CT 06489


NORTH COUNTRY STORE, INC
17645 TYRONE AVE
KENT CITY MI 49330-9192


NOURIA ENERGY CORPORATION
326 CLARK ST.
WORCESTER MA 01606


NOURIA ENERGY CORPORATION
236 CLARK ST.
WORCHESTER CT 06089


NOURIA ENERGY CORPORATION
326 CLARK STREET
WORCESTER MA 01606


OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD.
COLUMBUS OH 43229


OTTAWA COUNTY PARKS & REC DEPT
12220 FILLMORE STREET
WEST OLIVE MI 49460-8986


OWENS REALTY SERVICES
2 SUMMIT PLACE
BRANFORD CT 06405


PETE KURZER
700 SOUTH 88TH AVE
SHELBY MI 49455


PIER 7 MARINA
963 E MIDLAND STREET
BAY CITY MI 48706


PIER 7 MARINA
963 E MIDLAND ST
BAY CITY MI 48706-4966

PINEHILL GAS & CONVIENCE
929 PINE HILL ROAD
WESTPORT MA 02790


POHL'S MARKET
2921 W COLEMAN RD
FARWELL MI 48622


POLLY MIKKELSON
7578 WILSON ROAD
NUNICA MI 49448


PREIN & NEWOF, INC.
3355 EVERGREEN DR.
GRAND RAPIDS MI 49525


PRESTIGE PETROLEUM
5306 ROUT 9W
NEWBURGH NY 12550


R&R READY MIX, INC.
6050 MELBOURNE RD
SAGINAW MI 48604


RACHEL MERZ
6175 64TH AVE
HUDSONVILLE MI 49426


RAMCO-WILLIAMS
1739 S. GRAND AVE
GLENDORA CA 91740


REYNOLDS DRILLING CORP.
8172 E. STATE ROUTE 54
RIVERTON IL 62561


RGB PROPERTIES, LLC
PO BOX 13144
SPRINGFIELD IL 62791


RICHARD VERSTRATE
2760 BURGEN AVE NE
GRAND RAPIDS MI 49525

```
RIVERS EDGE LANDSCAPE MGMT LLC
5558 W RIVER DR NE
COMSTOCK PARK MI 49321


ROBERT D. CLARK
5631 BAYONNE
HASLETT MI 48840


RONY BUTRUS
3263 S GRAHAM RD.
SAGINAW MI 48609


RYAN STEWART
24 COUNTRY LN
EAST HAMPTON CT 06424


SANDY PINES WILDERNESS TRAILS
2745 136TH STREET
HOPKINS MI 49328-9740


SANDY'S MARKET
1057 ESTEE ROAD
ALBRIGHT SHORES MI 48612


SANILAC COUNTY
60 WEST SANTILAC
SANDUSKY MI 48471


SAWDUST CORNERS MARATHON
3528 N LAPEER RD.
LAPEER MI 48446


SECURITIES AND EXCHANGE
100 F STREET NE
WASHINGTON DC 20549-5631


SENG'S MARINA
33 LAKE ST
MANISTEE MI 49660-1437


SERGIO REYES
45 DUNLAY ST.
APT 3
NEW BRITAIN CT 06051
```

SIMON BROOMHEAD
113 STONY CREEK DRIVE
CHATHAM IL 62629


SIMSBURY VEDER ROOT
125 POWDER FOREST DR.
PO BOX 2003
WEATOGUE CT 06089


SOLAIRE PORTFOLIO
1239 COMSTOCK STREET
MARNE MI 49435


SOUTH HAVEN YACHT CLUB
401 WILLIAM ST.
SOUTH HAVEN MI 49090-2514


SOUTHERN CONNETICUT STATE UNI
615 FITCH ST.
COBALT CT 06414


SOUTHLAND AUTO WASH
6737 CASCADE RD. SE
SUITE 245
GRAND RAPIDS MI 49548


SOUTHLAND AUTO WASH
6737 CASCADE RD. SE
SUITE 245
GRAND RAPIDS MI 49546


ST. CHARLES OIL CO.
635 SAGINAW ST.
SAINT CHARLES MI 48655


STAPLES BUSINESS ADVANTAGE
PO BOX 660409
DALLAS TX 75266


STATE OF CONNECTICUT
DEPARTMENT OF DEVELOPMENTAL
SERVICES
PO BOX 172
SOUTHBURY CT 06488

STATE OF CONNECTICUT MILITARY
360 BROAD ST.
HARTFORD CT 06105


STATE OF CT DEPT. OF CORRECTIO
1106 NORTH AVE.
BRIDGEPORT CT 06604


STEVEN KEATING
4956 DEERHAVEN PARK DRIVE
LOWELL MI 49331


SUBURBAN PROPANE
382 SOUTH HUON RD.
LINWOOD MI 48634


TAMMY BROWN
231 SCARLET OAK DRIVE
COOPERSVILLE MI 49404


TAYLOR COLLISION ENTERPRISES
1501 GROTH ST
SPRINGFIELD IL 62703


TEKLAB, INC.
55445 HORSESHOE LAKE ROAD
COLLINSVILLE IL 62234-7425


TELNET WORLDWIDE, INC.
8020 SOLUTIONS CENTER
CHICAGO IL 60677-8000


TERRA PROBE ENVIROMENTAL, INC.
9209 WHITEFORD RD.
OTTAWA LAKE MI 49267


TERRY LENDY
23022 CLEAR VIEW LANE
ATHENS IL 62613


THE KR GROUP, INC.
678 FRONT AVE NW
SUITE 300
GRAND RAPIDS MI 49504

```
THEODORE R. VESEY
6661 ROSE ARBOUR AVE
KALAMAZOO MI 49009


TODD WHITE
313 W. CHAPEL LANE
MIDLAND MI 48640


TOM NEMRIC
430 BUSINESS PWKY
WEST PALM BEACH FL 33411


TONY GAS & REPAIR
402 BRIGHTMAN ST.
FALL RIVER MA 02720


TOWN OF EAST HARTFORD
GARAGE DEPARTMENT
25 ECOLOGY DRIVE
EAST HARTFORD CT 06108


TWEED NEW HAVEN
REGIONAL AIRPORT
155 BURR STREET
EAST HAVEN CT 06512


UNITED PARCEL SERVICE


UPS
1010 HONEYSPOT RD.
STRATFORD CT 06615-7112


US ATTORNEY
ATTN: DONNA JUSTICE
330 IONIA ST STE 501
GRAND RAPIDS MI 49503


US BANK EQUIPMENT FINANCE
PO BOX 790448
SAINT LOUIS MO 63179-0448


US SMALL BUSINESS ADMIN.
PO BOX 3918
PORTLAND OR 97208-3918
```

```
VAUGHIN QUINCE
26044 GLASPELL RD
PUNTA GORDA FL 33955


VAUGN QUINCE AND JAMES QUINCE
26044 GLASPELL ROAD
PUNTA GORDA FL 33955


VERIZON WIRELESS
777 BIG TIMBER RD.
ELGIN IL 60123


WE'VE GOT GAS
1708 CROOKS RD
ROYAL OAK MI 48067


WEBBER & THEIS, PC
202 LINCOLN SQUARE
PO BOX 189
URBANA IL 61803


WEBBER & THEIS, PC
202 LINCOLN SQUARE
PO BOX 189
URBANA IL 61803-0189


WEBBER & THEIS, PC
202 LINCOLN  SQUARE
PO BOX 189
URBANA IL 61803-0189


WEBBER & THIES, PC
202 LINCOLN SQUARE
PO BOX 189
URBANA IL 61803-0189


WEBBRE & THIES, P.C.
202 LINCOLN SQUARE
PO BOX 189
URBANA IL 61803


WILDCO PETROLEUM EQUIPMENT
155 HIGHLAND PARK DR.
BLOOMFIELD CT 06002
```

```
WOLVERINE PIPELINE COMPANY
8075 CREEKSIDE DR.
STE 210
PORTAGE MI 49024-6303


YALE UNIVERSITY
370 JAMES ST.
ROOM 220
NEW HAVEN CT 06520


YOUNG'S ENVIROMENTAL CLEANUP
G-5305 NORTH DORT HIGHWAY
FLINT MI 48505


ZEEUW HOLDINGS LLC
1014 SCIBNER AVE NW
GRAND RAPIDS MI 49504
```

# United States Bankruptcy Court
## Western District of Michigan

In re __Superior Environmental Corp.__

Debtor(s)

Case No.

Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Superior Environmental Corp.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Superior Environmental Corp.**
**50 64th Avenue South, Suite C**
**Coopersville, MI 49404**

☐ None [*Check if applicable*]

February 25, 2022

Date

/s/ Steven M. Bylenga

**Steven M. Bylenga P73492**

Signature of Attorney or Litigant

Counsel for __Superior Environmental Corp.__

**CBH Attorneys & Counselors, PLLC.**
**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**