

**Superior Environmental**
**Depreciation Expense**
**GAAP**
**By Class**
**For the Period January 1, 2022 to January 31, 2022**

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---|---|
| *Class: Computer Equipment* | | | | | | |
| 001087 | LASER PRINTER 4050TN | 8/23/1999 | | | 1,530 | 0 |
| 001337 | HP LASERJET 2300 | 10/9/2003 | | | 595 | 0 |
| 001567 | COLOR LASER PRINTER | 1/17/2008 | | | 848 | 0 |
| 001601 | Workbench Server Build | 6/15/2009 | | | 1,355 | 0 |
| 001667 | DELL LAPTOP | 9/2/2010 | | 4C949M1 | 986 | 0 |
| 001675 | DELL LAPTOP | 10/7/2010 | | JSP5ZN1 | 2,288 | 0 |
| 001677 | DELL LAPTOP | 10/7/2010 | | 3WP5ZN1 | 2,288 | 0 |
| 001684.2 | DELL (3) DESKTOPS | 11/4/2010 | | 3WJ8NN1 | 1,109 | 0 |
| 001684.3 | DELL (3) DESKTOPS | 11/4/2010 | | 3WJ7NN1 | 1,109 | 0 |
| 001716 | DELL LAPTOP | 4/8/2011 | | 7ZLR4Q1 | 2,267 | 0 |
| 001719 | DELL COMPUTER | 4/8/2011 | | HGXRDQ1 | 1,089 | 0 |
| 001722 | DELL COMPUTER | 4/8/2011 | | HGWSDQ1 | 1,089 | 0 |
| 001736 | DELL LAPTOP | 8/9/2011 | | 37B9MQ1 | 1,732 | 0 |
| 001738 | DELL LAPTOP | 8/31/2011 | | 7F3MLQ1 | 1,508 | 0 |
| 001741 | DELL LAPTOP | 8/31/2011 | | 7F3FMQ1 | 1,508 | 0 |
| 001742 | DELL LAPTOP | 8/31/2011 | | 7F52MQ1 | 1,508 | 0 |
| 001746 | DELL LAPTOP | 9/22/2011 | | 48RMMQ1 | 1,691 | 0 |
| 001747 | DELL LAPTOP | 9/22/2011 | | 48RLMQ1 | 1,691 | 0 |
| 001782 | DELL LAPTOP | 3/27/2012 | | B7DRBS1 | 1,642 | 0 |
| 001783.2 | DELL LAPTOP | 3/27/2012 | | 16DRBS1 | 1,642 | 0 |
| 001783.3 | DELL LAPTOP | 3/27/2012 | | BVTSBS1 | 1,642 | 0 |
| 001827 | DELL LAPTOP | 6/27/2013 | | 3RBRLX1 | 2,257 | 0 |
| 001836 | LAPTOP | 8/15/2013 | | 59GFMX1 | 1,938 | 0 |
| 001839 | DELL LAPTOP | 9/26/2013 | | 4FM2NX1 | 2,039 | 0 |
| 001841 | DELL LAPTOP | 10/2/2013 | | 5LF4NX1 | 1,972 | 0 |
| 001843 | CAD WORKSTATION - DELL | 10/8/2013 | | G889CY1 | 2,741 | 0 |
| 001848.1 | DELL LAPTOP & DOCK | 10/21/2013 | | 6QS2PX1 | 1,941 | 0 |
| 001848.2 | DELL LAPTOP & DOCK | 10/21/2013 | | HVT2PX1 | 1,941 | 0 |
| 001848.3 | DELL LAPTOP & DOCK | 10/21/2013 | | JW13PX1 | 1,941 | 0 |
| 001848.4 | DELL LAPTOP & DOCK | 10/21/2013 | | GBW2PX1 | 1,941 | 0 |
| 001848.6 | DELL LAPTOP & DOCK | 10/21/2013 | | 7RZ2PX1 | 1,941 | 0 |
| 001848.7 | DELL LAPTOP & DOCK | 10/21/2013 | | 7B03PX1 | 1,941 | 0 |
| 001848.8 | DELL LAPTOP & DOCK | 10/21/2013 | | 4D53PX1 | 1,941 | 0 |
| 001849 | MONITOR - FOR SERVER ROOM | 11/18/2013 | | | 582 | 0 |
| 001856 | DELL LAPTOP | 12/19/2013 | | 6K5DYY1 | 1,746 | 0 |
| 001858 | SERVER RACK | 12/16/2013 | | | 1,101 | 0 |
| 001868.1 | NETWORK SWITCH, STACKING MODUL, CABLE | 12/17/2013 | | | 1,293 | 0 |

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---:|---:|
| *Class: Computer Equipment* | | | | | | |
| 001868.2 | NETWORK SWITCH, STACKING MODUL, CABLE | 12/17/2013 | | | 1,293 | 0 |
| 001868.3 | NETWORK SWITCH, STACKING MODUL, CABLE | 12/17/2013 | | | 1,293 | 0 |
| 001874.1 | LAPTOP | 1/27/2014 | | BHYSXY1 | 1,841 | 0 |
| 001874.2 | LAPTOP | 1/27/2014 | | DH0TXY1 | 1,841 | 0 |
| 001874.3 | LAPTOP | 1/27/2014 | | 4T7TXY1 | 1,841 | 0 |
| 001874.4 | LAPTOP | 1/27/2014 | | F5DTXY1 | 1,841 | 0 |
| 001887.1 | DELL LAPTOP & DOCKING STATION | 3/31/2014 | | D31QXZ1 | 1,977 | 0 |
| 001890 | DELL LAPTOP | 5/21/2014 | | 83T1XZ1 | 1,487 | 0 |
| 001892 | NETWORK SWITCH | 5/19/2014 | | | 4,039 | 0 |
| 001893 | SWITCH STACKING MODULE | 5/19/2014 | | | 711 | 0 |
| 001903.1 | DELL LAPTOP/DOCK | 6/5/2014 | | 1YWJF12 | 1,793 | 0 |
| 001903.3 | DELL LAPTOP/DOCK | 6/5/2014 | | HTWJF12 | 1,793 | 0 |
| 001903.4 | DELL LAPTOP/DOCK | 6/5/2014 | | FXWJF12 | 1,793 | 0 |
| 001903.5 | DELL LAPTOP/DOCK | 6/5/2014 | | C0YJF12 | 1,962 | 0 |
| 001903.6 | DELL COMPUTER | 6/5/2014 | | HDRXP02 | 1,033 | 0 |
| 001912 | SERVER HARD DRIVES (3) | 9/18/2014 | | | 819 | 0 |
| 001917 | DELL LAPTOP | 11/21/2014 | | 6YCJP12 | 5,040 | 0 |
| 001952 | DELL LAPTOP FOR GIS | 2/22/2017 | | 5BSXXF2 | 3,147 | 0 |
| 001957 | TABLET - COMPUTER | 4/11/2017 | | 62023G2 | 1,619 | 0 |
| 001990 | POWEREDGE R730 SERVER (USED) | 5/15/2021 | | | 1,401 | 1,051 |
| *Subtotal: Computer Equipment (57)* | | | | | 98,939 | 1,051 |


**EXHIBIT B**

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---:|---:|
| *Class: Furniture & Fixtures* | | | | | | |
| 000438 | VERTICAL FILES - 5 DRAWER LETTER (QTY 20) | 4/14/1992 | | | 3,120 | 0 |
| 000484 | CREDENZA, TABLE, CHAIRS | 5/19/1992 | | | 3,735 | 0 |
| 000485 | 2 DESKS/CREDANZA/CHAIRS | 5/11/1992 | | | 10,493 | 0 |
| 000521 | ARTWORK -DEPOSIT | 6/24/1992 | | | 500 | 0 |
| 000553 | ARTWORK - LIGHTHOUSES | 7/9/1992 | | | 3,140 | 0 |
| 000633 | OFFICE FURNITURE | 12/15/1992 | | | 5,500 | 0 |
| 000662 | DESK,CREDENZA,CHAIRS | 6/1/1993 | | | 828 | 0 |
| 000745 | SHELVING | 3/29/1994 | | | 3,461 | 0 |
| 000803 | KWIK FILE (mail box system) | 12/29/1994 | | | 1,087 | 0 |
| 000821 | PARTIONS/DESKS | 1/25/1995 | | | 6,379 | 0 |
| 001119 | EXEC CHAIR & GUEST CHAIR -VQ | 1/17/2000 | | | 661 | 0 |
| 001120 | EXEC CHAIR & GUEST CHAIR -JQ | 1/17/2000 | | | 661 | 0 |
| 001228.1 | SIGN | 3/26/2002 | | | 6,895 | 0 |
| 001228.2 | SIGN - SUPERIOR ENVIRONMENTAL | 3/26/2002 | | | 1,724 | 0 |
| 001285 | OFFICE FURNITURE - DESK SUITES W/CHAIRS (4 | 4/18/2003 | | | 3,674 | 0 |
| 001293 | DESK W/WALL HUTCH | 5/31/2003 | | | 938 | 0 |
| 001304 | FILING CABINETS-4 DRAWER LATERAL | 5/21/2003 | | | 1,165 | 0 |
| 001365 | SAFETY CABINET | 3/18/2004 | | | 625 | 0 |
| 001399 | EXECUTIVE DESK | 9/29/2004 | | | 558 | 0 |
| 001400 | BOOKCASES (2) | 9/29/2004 | | | 554 | 0 |
| 001457 | DESK UNIT | 4/27/2005 | | | 961 | 0 |
| 001701 | DESKS (3), CHAIRS (3), FILING CABINET (1) | 2/1/2011 | | | 1,720 | 0 |
| 001835 | OFFICE DESK & CHAIR | 8/27/2013 | | | 810 | 0 |
| 001872 | DESK/BOOKCASE SET- B MILLER | 1/22/2014 | | | 2,015 | 0 |
| 001875 | SIGN (SUPERIOR) | 2/28/2014 | | | 6,496 | 0 |
| 001882 | STEEL CABINETS (3) | 3/28/2014 | | | 1,635 | 0 |
| 001982 | SIGN (SUPERIOR) INSTALL | 10/23/2019 | | | 3,575 | 2,383 |
| 001993 | SIGN - REPLACED LIGHTING | 7/30/2021 | | | 4,287 | 3,930 |
| *Subtotal: Furniture & Fixtures (28)* | | | | | 77,199 | 6,313 |


**EXHIBIT C**

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---:|---:|
| *Class: Office Equipment* | | | | | | |
| 001276 | TRADE SHOW BOOTH (LARGE) w/PICTURES | 3/1/2003 | | | 19,069 | 0 |
| 001366 | TRADE SHOW BOOTH (SMALL) | 3/3/2004 | | | 2,748 | 0 |
| 001427 | FAX w/COPIER - AFICIO 1515F | 1/14/2005 | | | 2,486 | 0 |
| 001452.1 | PROJECTOR - DELL 3300mp | 1/25/2005 | | | 741 | 0 |
| 001508 | PAPER SHREDDER | 3/16/2006 | | | 1,341 | 0 |
| 001657 | EPSON NETWORK SCANNER | 8/3/2010 | | | 909 | 0 |
| 001699 | NETWORK RACK & EQUIPMENT | 1/6/2011 | | | 793 | 0 |
| 001744 | REFRIGERATOR | 9/5/2011 | | | 541 | 0 |
| 001745 | ELECTRIC BINDER | 9/23/2011 | | | 1,479 | 0 |
| 001815 | ID MAKER PRINTER | 12/5/2012 | | | 1,589 | 0 |
| 001866.1 | BATTER BACKUP, RAILS | 12/9/2013 | | | 480 | 0 |
| 001866.2 | BATTER BACKUP, RAILS | 12/9/2013 | | | 960 | 0 |
| 001866.3 | BATTER BACKUP, RAILS | 12/9/2013 | | | 631 | 0 |
| 001866.7 | BATTER BACKUP, RAILS | 12/9/2013 | | | 709 | 0 |
| 001866.8 | BATTER BACKUP, RAILS | 12/9/2013 | | | 709 | 0 |
| 001866.9 | BATTER BACKUP, RAILS | 12/9/2013 | | | 709 | 0 |
| 001883 | ANALOG ADAPTER/LICENSING - PHONE SYSTEM | 4/14/2014 | | | 1,165 | 0 |
| 001886 | PHONE & LICENSE | 4/28/2014 | | | 448 | 0 |
| 001901 | PHONES & LICENSES | 6/9/2014 | | | 1,508 | 0 |
| 001934 | SURFACE TABLET PRO | 5/12/2016 | | | 2,162 | 386 |
| 001965 | GR PLOTTER | 9/13/2017 | | | 1,728 | 638 |
| 001966 | RICOH PRINTER C430DN | 12/12/2017 | | | 603 | 244 |
| 001975.1 | SERVER ROOM A/C & WARRANTY | 10/22/2019 | | | 139 | 92 |
| 001975.2 | SERVER ROOM A/C & WARRANTY | 10/22/2019 | | | 415 | 277 |
| 001979.1 | MERAKI MX 67 NETWORK SECURITY FIREWALL A | 10/29/2019 | | | 117 | 78 |
| 001979.2 | MERAKI MX 67 NETWORK SECURITY FIREWALL A | 10/29/2019 | | | 352 | 235 |
| 001980 | MERAKI MX 64 NETWORK SECURITY FIREWALL A | 10/29/2019 | | | 402 | 268 |
| 001981 | MERAKI MX 64 NETWORK SECURITY FIREWALL A | 10/29/2019 | | | 402 | 268 |
| *Subtotal: Office Equipment (28)* | | | | | 45,333 | 2,487 |

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---|---|
| *Class: Software* | | | | | | |
| 001222 | BNA ASSET SOFTWARE | 4/11/2002 | | | 2,095 | 0 |
| 001445 | AQTESOLV for WINDOWS | 3/4/2005 | | | 800 | 0 |
| 001460 | SURFER VERSION 8 | 4/20/2005 | | WS-071982-1527 | 570 | 0 |
| 001566 | SOFTWARE STND PKG - HYDROSOLVE | 1/17/2008 | | | 800 | 0 |
| 001727 | SEVIEW SOFTWARE | 4/1/2011 | | | 895 | 0 |
| 001757 | MICROSOFT SERVER 2008 | 10/13/2011 | | cn-fs03 | 1,100 | 0 |
| 001799 | ARC-GIS DESKTOP LICENSE | 7/24/2012 | | | 1,598 | 0 |
| 001824.1 | RBCA TOOL KIT SOFTWARE | 4/19/2013 | | | 808 | 0 |
| 001824.2 | RBCA TOOL KIT SOFTWARE | 4/19/2013 | | | 806 | 0 |
| 001844 | QUICKSURF FOR AUTOCAD | 10/11/2013 | | | 631 | 0 |
| 001845 | AUTOCAD 2014 | 10/10/2013 | | | 3,229 | 0 |
| 001900 | MICROSOFT PROJECT 2013 | 6/17/2014 | | | 534 | 0 |
| 001959 | GPS PATHFINDER OFFICE SOFTWARE | 3/28/2017 | | | 1,692 | 0 |
| 001972 | AQTESOLV STD SINGLE USER | 5/14/2019 | | | 530 | 44 |
| 001976.1 | CLOUD MANAGED FIREWALL (MERAKI) - LICENSE | 10/29/2019 | | | 237 | 53 |
| 001976.2 | CLOUD MANAGED FIREWALL (MERAKI) - LICENSE | 10/29/2019 | | | 710 | 158 |
| 001977 | CLOUD MANAGED FIREWALL (MERAKI) - LICENSE | 10/29/2019 | | | 811 | 180 |
| 001978 | CLOUD MANAGED FIREWALL (MERAKI) - LICENSE | 10/29/2019 | | | 811 | 180 |
| *Subtotal: Software (18)* | | | | | 18,655 | 615 |

# Exhibit D

| Vehicles (miles) | Kelly Blue Book Wholesale Value | Serial Number |
|---|---|---|
| 2011 F150 (194,000) | $3,000 | 1FTFW1EFXBFC19589 |
| 2012 Ford Escape (160,000) | $1,400 | 1FMCU9D72CKB77568 |
| 2013 Ford F150 (158,000) | $4,000 | 1FTFX1EF8DFB36341 |
| 2014 Ford Transit Connect (73,000) | $14,000 | NM0GE9F73E1142155 |
| 2014 Ford Transit Connect (119,000) | $10,000 | NM0GE9F7XE1142153 |
| 2016 F250 (127,000) | $14,000 | 1FT7X2861GEC01782 |
| 2016 F250 S-DTY (128,000) | $14,000 | 1FT7X2B69GED46164 |
| 2019 Ford Blue Transit Van (36,000) | $18,000 | NM0GS9F28K1426051 |
| 2019 Ford Echosport (10,500) | $18,000 | MAJ6S3JLXKC306399 |
| 2021 Ford Ranger XL (8,500) | $28,000 | 1FTER1FH9MLD29539 |
| 2021 Chevy Silverado (5,000) | $39,000 | 3GCUYDED4MG252798 |
| **TOTAL** | **$163400** | |

# **EXHIBIT E**

| Trailers | Fair Market Value | Serial Number |
|---|---|---|
| Cargo Enclosed Trailer 6 x12 | $1,000 | 4X4UU52272W006744 |
| 2006 Pace Amer Trailer 6 x 12 | $1,500 | 4OLFB12186P131140 |
| Trailer – 7 x 14 Enclosed | $2,000 | 1B9BE1827BB944026 |
| Trailer – 7 x 14 Enclosed | $2,000 | 1B9BE1825BB944025 |
| 1969 Flat B Chevy Trailer | $200 | |
| Air Compressor, Jackhammer, Point & Chisel | $3,000 | |
| 2016 FreedM 7/12 Trailer | $2,500 | 5WKBE1222G1040514 |
| **TOTAL** | **$12,200** | |


**EXHIBIT F**

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---|---|
| *Class: Field Equipment* | | | | | | |
| 000384 | CABLE LOCATOR | 1/8/1992 | | | 1,607 | 0 |
| 000649 | SURVEY SET | 3/27/1991 | | | 1,221 | 0 |
| 000650 | SURVEY SET | 3/27/1991 | | | 1,221 | 0 |
| 001068 | AUTOMATED SAMPLER | 6/25/1999 | | | 1,974 | 0 |
| 001122 | METAL DETECTOR | 2/23/2000 | | 3266 | 1,069 | 0 |
| 001130 | PARTNER STIHL SAW (flood replacement) | 8/1/2000 | | 38379176 C=$1,149 | 0 | 0 |
| 001136 | PID MINIRAE 2000 | 11/6/2000 | | | 4,030 | 0 |
| 001138 | LOCATOR - HELIFLUX MAGNETIC | 12/14/2000 | | 176772 | 699 | 0 |
| 001151 | PID - MINIRAE 2000 | 1/18/2001 | | | 3,158 | 0 |
| 001175 | FORKLIFT TRUCK | 5/15/2001 | | | 7,950 | 0 |
| 001250 | Metal Detector | 12/2/2002 | | 193629 | 734 | 0 |
| 001269 | BLADDER PUMPS | 2/11/2003 | | | 500 | 0 |
| 001297 | TEST EQUIPMENT - HASTEC NOZZLE ANALIZER V | 5/6/2003 | | | 2,645 | 0 |
| 001298 | TEST EQUIPMENT- VLESS LEAK DETCT TESTER | 4/24/2003 | | | 2,317 | 0 |
| 001301 | ACURITE PRODUCT LINE TEST UNITS | 5/27/2003 | | | 3,800 | 0 |
| 001307 | BLOCKAGE TESTER | 6/3/2003 | | | 2,321 | 0 |
| 001314 | HOTSY HOT WATER PRESSURE WASHER | 2/27/2003 | | | 3,334 | 0 |
| 001315 | CP EQUIPMENT FOR PETRO TRUCK | 6/2/2003 | | | 334 | 0 |
| 001316 | TRASH PUMP | 6/4/2003 | | | 455 | 0 |
| 001340 | STANDARD TANK TEST w/FLEXIBLE SENSOR | 10/18/2003 | | | 4,785 | 0 |
| 001386 | HANDIMARK PIPE LABEL MARKER | 6/29/2004 | | | 881 | 0 |
| 001395 | VE75 BASIC SYSTEM & AIR LANCE SET | 7/23/2004 | | 200435 | 8,431 | 0 |
| 001406 | MINIRAE 2000 | 9/1/2004 | | | 3,522 | 0 |
| 001409 | HAMMER & DRILL BIT | 8/12/2004 | | 481000648 | 656 | 0 |
| 001432 | PUMP | 2/2/2005 | | | 710 | 0 |
| 001437 | AIR SAMPLING PUMP | 2/3/2005 | | | 4,192 | 0 |
| 001443 | BLADDER PUMP W/CONTROL UNIT & CYCLINDER | 2/15/2005 | | | 4,496 | 0 |
| 001511 | MANHOLE VENTILATION SYSTEM | 4/3/2006 | | | 887 | 0 |
| 001516 | MINIRAE 2000 - DATALOGGING PID | 5/24/2006 | | | 3,000 | 0 |
| 001520 | SURVEY SET | 5/30/2006 | | T53193 | 730 | 0 |
| 001524 | PERISTALTIC PUMP - GEOTECH II | 6/20/2006 | | | 636 | 0 |
| 001525 | BARNANT PORTABLE SAMPLER | 6/20/2006 | | | 1,255 | 0 |
| 001530 | METAL DETECTOR | 8/21/2006 | | | 1,930 | 0 |
| 001534 | SURVEY EQUIPMENT- LEICA 150 | 9/11/2006 | | 33141 | 1,598 | 0 |
| 001551 | MINIRAE 2000 PHOTOIONATION DETECTOR | 1/31/2007 | | | 3,846 | 0 |
| 001552 | I/F METER x 100ft | 1/16/2007 | | | 962 | 0 |
| 001559 | PID - MINIRAE 2000 | 3/1/2007 | | 110-013896 | 4,134 | 0 |
| 001563 | NON-INVASIVE UST CLEANING SYSTEM | 10/2/2007 | | | 1,000 | 0 |
| 001571 | METAL CABLE DETECTOR | 3/5/2008 | | | 1,070 | 0 |
| 001573 | WANNER HYDRA-CELL (PUMP & REGULATOR) | 3/27/2008 | | | 10,371 | 0 |
| 001576 | GEOPUMP II | 5/12/2008 | | | 1,110 | 0 |
| 001590 | A/L DIGITAL TEST METER - TEI TRITESTER | 10/1/2008 | | | 3,738 | 0 |

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---:|---:|
| *Class: Field Equipment* | | | | | | |
| 001591 | AIR COMPRESSOR | 10/28/2008 | | | 867 | 0 |
| 001608 | FIELD EQUIPMENT: SAW,HAMMER DRILL, PIPE W | 10/5/2009 | | | 1,222 | 0 |
| 001619 | ELECTRIC MOTOR/VANE AIR PUMP | 12/1/2009 | | | 1,425 | 0 |
| 001627 | FILTRATION EQUIPMENT | 1/5/2010 | | | 28,491 | 0 |
| 001627.1 | 2012 IMPROVEMENTS TO HT8000.00 | 12/31/2012 | | | 1,251 | 0 |
| 001642 | MINI TROLLS (5)/ EXTRA CABLE (from GWS) | 5/26/2010 | | 0110 36711 | 750 | 0 |
| 001643 | KECK WATER LEVEL INDICATORS (from GWS) | 5/26/2010 | | | 500 | 0 |
| 001645 | GEOTECH WATER LEVEL INDICATOR (from GWS) | 5/26/2010 | | | 500 | 0 |
| 001646 | AUTOMATIC LASER LEVEL EAGL MODEL 1000 (fro | 5/26/2010 | | | 1,000 | 0 |
| 001665.11 | PERISTALTIC PUMP | 8/31/2010 | | | 1,686 | 0 |
| 001665.12 | PERISTALTIC PUMPS (2) | 8/31/2010 | | | 3,371 | 0 |
| 001665.2 | PERISTALTIC PUMP | 8/31/2010 | | | 1,686 | 0 |
| 001666 | HAND AUGER KIT | 9/2/2010 | | | 1,375 | 0 |
| 001668 | PERISTALTIC PUMP (2) | 8/19/2010 | | | 2,969 | 0 |
| 001671 | INTERFACE PROBE - Solinst Model 122 w/100' cable | 8/25/2010 | | 122-002015-1 | 1,328 | 0 |
| 001672 | INTERFACE PROBE | 8/25/2010 | | | 1,332 | 0 |
| 001673.11 | YSI METER | 8/19/2010 | | | 2,379 | 0 |
| 001673.12 | YSI METER | 8/19/2010 | | | 2,379 | 0 |
| 001673.2 | YSI METER | 8/19/2010 | | | 2,379 | 0 |
| 001674 | YSI METER | 9/2/2010 | | | 2,860 | 0 |
| 001682.1 | FILTRATION TRAILER EQUIPMENT | 11/1/2010 | | | 36,209 | 0 |
| 001682.2 | 2012 IMPROVEMENT TO HT8000.01 | 12/31/2012 | | | 5,218 | 0 |
| 001683.1 | FILTRATION TRAILER EQUIPMENT | 11/1/2010 | | | 25,141 | 0 |
| 001683.2 | 2012 IMPROVEMENTS TO HT8000.02 | 12/31/2012 | | | 1,877 | 0 |
| 001683.3 | 2015 MODS TO FILTRATION TRAILER-HT8000.02 | 2/28/2015 | | | 900 | 0 |
| 001683.4 | 2019 TRAILER IMPROVEMENT: VACUUM PUMP | 3/18/2019 | | 18101635 | 2,497 | 1,041 |
| 001688 | GAMAJET X 10 TANK CLEANING MACHINE | 11/23/2010 | | | 5,355 | 0 |
| 001693 | GAMAJET X UST LANCE ASSEMBLY | 12/1/2010 | | | 565 | 0 |
| 001702 | ROTARY HAMMER | 1/26/2011 | | | 971 | 0 |
| 001714 | CORDLESS DRILL KIT (6 PIECE 18V) DEWALT | 2/23/2011 | | | 581 | 0 |
| 001715 | MP-15 SELF CONTAINED ELECTRONIC CONTROL | 3/31/2011 | | | 3,428 | 0 |
| 001726 | YSI PRO PLUS | 4/6/2011 | | | 2,897 | 0 |
| 001730 | ULTRA RAE 3000 PID METER | 7/26/2011 | | 596-902795 | 5,780 | 0 |
| 001735 | MULTI RAE 4 GAS METER | 8/5/2011 | | MBB3Z005N8 | 4,506 | 0 |
| 001737 | PERISTALTIC PUMP | 8/22/2011 | | | 1,606 | 0 |
| 001753 | GENERATOR - DYP 10000 | 8/17/2011 | | 1600457 | 1,500 | 0 |
| 001756 | GAMAJET 10 TANK CLEANING MACHINE | 10/3/2011 | | X-296 | 6,099 | 0 |
| 001765 | MINI RAE 3000 LITE/CALIBRATION KIT | 11/30/2011 | | | 5,823 | 0 |
| 001777 | WATER LEVEL METER | 1/20/2012 | | | 556 | 0 |
| 001789 | MINIRAE LITE | 3/26/2012 | | 590-902362 | 3,102 | 0 |
| 001790 | MICRO DIVER | 3/16/2012 | | | 3,213 | 0 |
| 001818 | HAND AUGERS | 1/4/2013 | | | 912 | 0 |

| Asset ID | Description | Acquisition Date | Disposal Date | Serial Number | Acquisition Cost | Net Book Value |
|---|---|---|---|---|---|---|
| *Class: Field Equipment* | | | | | | |
| 001823 | IP - 100' SOLINST | 3/28/2013 | | | 951 | 0 |
| 001826 | Utility Locator | 5/21/2013 | | | 4,519 | 0 |
| 001847 | DIAPHRAGM PUMP | 10/24/2013 | | | 485 | 0 |
| 001861 | PID & GAS METER | 11/22/2013 | | | 3,742 | 0 |
| 001879 | PORTABLE GENERATOR (from Texas) | 3/24/2014 | | | 653 | 0 |
| 001885 | MULTIPURPOSE 17 FT LADDER | 4/14/2014 | | | 405 | 0 |
| 001888 | HUSQVARNA 14" CUT OFF SAW | 3/24/2014 | | | 980 | 0 |
| 001889.1 | HACH TURBIDITY METER | 4/16/2014 | | 13120C030070 | 1,046 | 0 |
| 001889.3 | YSI FLOW CELL SONDE | 4/16/2014 | | 14C100189 | 2,280 | 0 |
| 001895 | BACON BOMB SAMPLER | 5/19/2014 | | | 632 | 0 |
| 001896 | TURBIDITY METER 2100Q | 5/29/2014 | | | 1,059 | 0 |
| 001914 | INTERFACE PROBE OIL / WATER | 11/12/2014 | | | 1,054 | 0 |
| 001931 | GPS RECEIVER/ANTENNA/TABLET | 12/22/2015 | | 1505-18300387 | 0 | 0 |
| 001937 | UTILITY LOCATE CABLES/TOOLS | 4/15/2016 | | | 638 | 0 |
| 001944 | FACE PLACE/CONTROLLER | 10/21/2016 | | | 807 | 0 |
| 001946 | Calibration Can | 11/8/2016 | | | 1,030 | 0 |
| 001949 | PUMP & MOTOR | 11/18/2016 | | | 1,037 | 0 |
| 001951 | Shelf Units for Vehicle # 1935 | 1/10/2017 | | | 538 | 0 |
| 001953 | AUGERS, EXTENSIONS | 2/1/2017 | | | 1,514 | 0 |
| 001955 | CORE BITS FOR CORING MACHINE | 3/23/2017 | | | 984 | 16 |
| 001956 | GPS RECEIVERS - JUNIPER GEODE SUB-METER | 4/11/2017 | | | 1,585 | 53 |
| 001958 | TRIMBLE GEO7X CENTIMETER GPS KIT | 3/28/2017 | | | 12,292 | 205 |
| 001960 | LEAK DETECTOR | 5/3/2017 | | | 935 | 47 |
| 001962 | CO2 SAMPLING DATA LOGGER | 6/8/2017 | | | 1,393 | 93 |
| 001969 | JACKHAMMER | 2/14/2018 | | 711000153 | 1,459 | 292 |
| 001973 | MICRO-MANOMETER DM-1 | 5/23/2019 | | | 967 | 435 |
| 001974 | UD RADIAL BLOWER GBR76 | 5/23/2019 | | | 1,618 | 728 |
| 001985 | TURBIDIMETER - HACH2100Q | 6/23/2020 | | | 1,424 | 949 |
| 001994 | YSI - PROQUATRO WATER QUALITY METER | 8/6/2021 | | | 3,578 | 3,221 |
| *Subtotal: Field Equipment (113)* | | | | | 331,400 | 7,079 |