**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In Re:

SUPERIOR ENVIRONMENTAL CORP

Debtor.
______________________________/

Chapter 11, Subchapter V
Case No: 21-00353
Hon. Scott W. Dales
Filed: February 25, 2022

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING DEBTOR TO PAY EMPLOYEE OBLIGATIONS AND CONTINUE EMPLOYEE BENEFIT PROGRAMS AND RELATED OBLIGATIONS**

**PRESENT: HONORABLE SCOTT W. DALES**
United States Bankruptcy Judge

**THIS MATTER** pertains to the case of *In re Superior Environmental Corp.* (Case No. 22-00353) having come before the Court upon the *Debtor's Motion for an Order Authorizing Debtor to Pay Employee Obligations and Continue Employee Benefit Programs and Related Obligations* (the "Motion"), and a hearing having been held on March 7, 2022, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. Debtor is authorized, but not directed, to pay the Employee Obligations and Employee Benefits set forth in the motion; provided however, that the combined

sum of all pre-petition payments to or on behalf of any Employee authorized in this Order will not exceed the $13,650.00 cap provided under section 507(a)(4) of the Bankruptcy Code;

3. Payment of the Employee Obligations and Employee Benefit Programs is subject to the terms of any order authorizing the Debtor to use cash collateral;

4. Debtor will rely upon the *Definitive Order For Debtor-In-Possession* [Dkt. No. 6] as it relates to normal business operations, and therefore no longer requests, permission to change or discontinue and implement new Employee obligations or Employee Benefits in its sole discretion and without further approval of the Court, in the ordinary course of its business;

5. The terms of this Order shall be effective immediately and enforceable upon its entry pursuant to Fed. R. Bankr. P. 6004(h).

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Document Prepared By:
Steven M. Bylenga (73492)
CBH Attorneys & Counselors, PLLC
25 Division Ave S., Suite 500
Grand Rapids, MI 49503
(616) 608-3061

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated March 8, 2022**




Scott W. Dales
United States Bankruptcy Judge